# EXHIBIT A



# COOK COUNTY SHERIFF'S OFFICE (OFICINA DEL SHERIFF DEL CONDADO DE COOK)
## INMATE DISCIPLINARY REPORT (INFORME DISCIPLINARIO INTERNO)

QUARANTINE 5-11-20

DIV9-IF-1033

| REPORT NO | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | CB/IAFIS NUMBER |
|---|---|---|---|---|---|
| DIV9-2020-6205 | N/A | 1991014 | 715926DD2 | IL13928071 | 701710 |

### INMATE INFORMATION

| Inmate's Name (Print): | Inmate's DOB: | Booking Number: | Division/Unit: | Inmate's Living Unit: |
|---|---|---|---|---|
| Christian A Gonzalez | 11/5/1995 | 20190602047 | Division 9 | In-Cell |

### INFRACTION INFORMATION

☐ VERBAL WARNING
☐ FORMAL CHARGE

| Date of Infraction: | Time of Infraction: | Location of Infraction: | Restitution Form Attached: |
|---|---|---|---|
| 5/7/2020 | 10:22 AM | DIVISION 9 | ☐ YES ☐ NO |

| NUMBER | CHARGE |
|---|---|
| 219 | Disobeying or Resisting Orders |
| 322 | Disrespect to Staff |
| 413 | Attempted Battery to Staff |
| 105 | Disorderly Conduct |
| 404 | Battery to Staff |

### VICTIM/WITNESS INFORMATION

| Victim/Witness | Inmate/Staff/Other | ID#/Star# | Name |
|---|---|---|---|
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | | Christian A Gonzalez |
| ☐ Victim ☑ Witness | ☐ Inmate ☐ Staff ☐ Other: | | A Duharkic |
| ☐ Victim ☑ Witness | ☐ Inmate ☐ Staff ☐ Other: | | D Contorno |
| ☐ Victim ☑ Witness | ☐ Inmate ☐ Staff ☐ Other: | | M Krzeminski |
| ☐ Victim ☑ Witness | ☐ Inmate ☐ Staff ☐ Other: | | J Rodriguez04 |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☐ Other: | | J Carden |
| ☐ Victim ☑ Witness | ☐ Inmate ☐ Staff ☐ Other: | | J Chavez02 |
| ☐ Victim ☑ Witness | ☐ Inmate ☐ Staff ☐ Other: | | E Duran |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☐ Other: | | J Van Giesen |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☐ Other: | | A Sacuta |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☐ Other: | | S Stroh |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☐ Other: | | T Beyer02 |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☐ Other: | | W Filipiak |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☐ Other: | | D Rasic |

### INFRACTION NARRATIVE

(CN-85)(SEP 12) Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

SAO.GONZALEZ 000187  PAGE 1 OF 2

## COOK COUNTY SHERIFF'S OFFICE (OFICINA DEL SHERIFF DEL CONDADO DE COOK)
### INMATE DISCIPLINARY REPORT (INFORME DISCIPLINARIO INTERNO)

| Date Delivered: (Fecha de entrega:) | Time Delivered: (Tiempo de entrega:) | Signature of Serving Staff Member: (Firma del miembro del personal que sirve:) |
|---|---|---|
| 12/20/2020 | 1:46:53 PM | /s/Hovel, L, Star #15506 |

(FCN-85)(SEP 12) Any Information and Reports produced from the Cook County Offender Management System (COMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

CCAO-GONZALEZ_000168
PAGE 2 OF 2