**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>　　　　Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**JOINT MOTION FOR 30-DAY EXTENSION OF FACT DISCOVERY DEADLINE**

　　　　Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants, Justo Rodriguez (#17897), Damir Rasic (#17493), Alen Duharkic (#18248), John Chavez (#16361), Andrew Sacuta (#17496), John Carden (#17367), Eliud Duran (#3214), Steven Stroh (#17808), Timothy Beyer (#17914), Douglas Contorno (#17467), Justin Van Giesen (#16527), Maciej Krzeminski (#17738), William Filipiak (#17770), Sergeant Sheehan (#3234) (collectively, the "Officer Defendants"), Thomas J. Dart, and Cook County, by their respective attorneys, hereby jointly move the Court to extend the fact discovery deadline by 30 days to September 26, 2024. In support of their motion, the parties state as follows.

　　　　1.　　Since June 2024, the parties have been working cooperatively to schedule depositions within the current fact discovery deadline of August 27, 2024. (*See* ECF No. 113.) Plaintiff have taken one Defendant's deposition, and the parties have scheduled four additional

1

depositions, including the depositions of Plaintiff and three Defendants. The parties are still working cooperatively to schedule an additional five Defendants' depositions and need additional time to do so.[*] Each deposition needs to be scheduled to accommodate four attorneys: Plaintiff's counsel; counsel for Defendant Rodriguez; counsel for Defendant Chavez (who entered an appearance on July 30, 2024, *see* ECF No. 124); and counsel for the remaining Defendants.

2. The parties are also continuing to work through certain discovery disputes regarding Defendants' responses and objections to Plaintiff's requests for production. The parties have engaged in two meet and confers and are continuing to discuss these issues.

3. Federal Rule of Civil Procedure 16(b)(4) provides that the Court may modify a schedule "for good cause." Fed. R. Civ. P. 16(b)(4). Here, the parties submit that there is good cause to extend the fact discovery deadline by 30 days to allow the parties additional time to schedule Defendants' depositions and to seek a negotiated resolution of their discovery disputes. *See* Fed. R. Civ. P. 16(b)(4).

WHEREFORE, the parties respectfully request that the Court enter an order extending the fact discovery deadline by 30 days from August 27, 2024 to September 26, 2024.

Dated: August 15, 2024                                   Respectfully submitted,

By: */s/ Andrew W. Vail*                                 By: */s/ Samuel D. Branum*
Andrew W. Vail                                            Monica Burkoth
Kaitlin M. Leskovac                                       Samuel D. Branum
Jacob P. Wentzel                                          JOHNSON & BELL, LTD.
Christina T. Lopez                                        33 West Monroe Street, Suite 2700
JENNER & BLOCK LLP                                        (312) 372-0770
353 North Clark Street                                    burkothm@jbltd.com
Chicago, IL 60654                                         branums@jbltd.com

---

[*] For his tenth allotted deposition under Rule 30(a)(2)(A)(i), Plaintiff intends to notice a Rule 30(b)(6) deposition of Defendant Cook County with respect to his *Monell* claim after obtaining additional documents in connection with the parties' ongoing discovery disputes discussed herein. Defendants reserve all rights with respect to Plaintiff's forthcoming Rule 30(b)(6) notice.

(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com

*Attorneys for Plaintiff*

*Attorneys for Defendants other than Defendant Rodriguez and Defendant Chavez*

By: */s/ Oliver Kassenbrock*
Oliver Kassenbrock
Dortricia Penn
Conflicts Counsel Unit
Cook County State's Attorney's Office
50 West Washington, Suite 2760
Chicago, IL 60602
(312) 603-1426
Oliver.kassenbrock@cookcountysao.org
Dortricia.penn@cookcountysao.org

*Attorneys for Defendant Rodriguez*

By: */s/ Tyler E. Rowland*
Tyler E. Rowland
Reifers Holmes & Peters, LLC
1 North LaSalle Street, Suite 3800
Chicago, IL 60602
(312) 638-2092
troland&rhpfirm.com

*Attorney for Defendant Chavez*