


# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)

User ID: S Carey02

## INCIDENT REPORT

| DIVISION / UNIT: | | LIVING UNIT / LOCATION: |
|---|---|---|
| DIVISION 9 | | In cell |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 5/7/2020 | 10:22 AM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: | |
|---|---|---|
| Battery to Staff<br>Disciplinary | ☑ Injuries / Hospitalization<br>☑ Restraints / Force Used<br>☐ Weapon(s) Involved<br>☐ Arrest(s) Made | ☐ OPR Notified<br>☐ ADO Notified |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Christian A Gonzalez | 701710 | Participant | J Van Giesen | Involved |
| | | | S Stroh | Involved |
| | | | J Carden | Involved |
| | | | W Filipiak | Involved |
| | | | A Sacuta | Involved |
| | | | A Duharkic | Witness |
| | | | D Contorno | Witness |
| | | | M Krzeminski | Witness |
| | | | D Rasic | Witness |
| | | | T Beyer02 | Witness |
| | | | J Rodriguez04 | Witness |
| | | | J Chavez02 | Witness |
| | | | E Duran | Witness |

### STATEMENT OF FACTS: (NARRATIVE)

On 07MAY2020 at 1022HRS R/O Sacuta 17496 was assigned as the activity officer on 1 South RU in Division 9. R/O along with the Officers assigned to 1F and Sgt Duran 3214 were distributing Covid19 masks, soap and lunch trays to all detainees assigned to that living unit. At this time R/O entered cell 1033 which houses detainee Gonzalez, Christian 20190602047. R/O asked Detainee Gonzalez for his old mask so he could provide him with a new one. Detainee Gonzalez stated that the mask was in his pocket and stood up out of his bunk to retrieve it. Detainee Gonzalez then struck R/O on the left side of his face with a closed hand strike. Additional officers entered the cell and attempted to assist R/O with taking detainee to the ground to be secured. Detainee was actively swinging his arms in an attempt to further batter officers. R/O delivered several closed hand strikes to Detainee Gonzalez' head and torso in order to gain control and prevent further battery to staff. Detainee Gonzalez was then taken to the ground where he continued to flail his arms and kick at officers and resist being handcuffed. R/O along with officer Van Giesen 16527 were able to control detainees legs while Officers Carden 17367 and Stroh 17808 secured the detainee in handcuffs. Detainee Gonzalez was assisted to his feet and escorted off the tier to the Division 9 dispensary for medical evaluation. End of report.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |

| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
|---|---|---|
| | | |

### ADMINISTRATIVE ASSESSMENT:

R\Lt. Torres, C. #662 notified of Battery to Staff with Injuries \Use of Force (Emergency Takedown) on 1F by Sgt. Duran, E. #3214 in person.

Run Date: 2/2/2022 4:05 PM

Page 1 of 3

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.
For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

CCSAO GONZALEZ 000180




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)

User ID: S Carey02

## INCIDENT REPORT

R\Lt was briefed by Sgt. Duran, E. #3214 that staff was on tier 1F for mask, soap and lunch distribution. Upon arriving to cell #1033 which houses detainee Gonzalez, Christian 2019-0602047, staff opened cell door and Officer Sacuta, A. #17496 entered cell to retrieve used mask for replacement. Detainee Gonzalez stood up from his bunk and without provocation, struck Officer Sacuta, A. with closed fists about the facial area. In fear of further battery, Officer Sacuta, with closed fists, struck back at detainee Gonzalez in about the facial and torso area. Staff entered cell to gain compliance and conducted an emergency takedown. Officer Stroh #17808 struck detainee Gonzalez with closed fists about the facial area due to detainee Gonzalez actively continuing to strike Officer Sacuta.
Detainee Gonzalez was secured in handcuffs, escorted out of the cell and secured against the wall for a pat down. Sgt. Sheehan #3234 conducted a pat down search without incident and negative results.
Officers Duharkic #18248, Rasic #17493 and Rodriguez, Ju. #17897 escorted detainee Gonzalez off the tier to Division IX Holding Bullpen #5 pending medical attention due to injured staff being seen in Dispensary. Sgt. Sheehan provided supervisory escort with Officer Chavez #16361. Detainee Gonzalez was then escorted to Division IX dispensary by ERT Officers Hadad #16491, Hawkins #16358, Medina 15588 and Schickel #15115.

As R\Lt was responding to scene, Officer Contorno #17467 stated that he was retrieving leg shackles due to a battery to staff having occurred. R\Lt observed supervisors and SMT staff members by cell #1033. Officers Draca #18083 and Ruiz #16414 were assisting Officer Filipiak #17770 who was hopping on one foot off the tier. Officer Filipiak was escorted to 1st Floor South Core pending medical staff. Division IX Dispensary Officer was notified via radio that medical assistance was needed.

Paramedics Lorenz, McNutt and Nurse Harris responded. Paramedic Mc Nutt notified R\Lt that 911 was to be activated for Officer Filipiak, W. R\Lt notified Security Officer Clark #16558 that 911 was to be activated at 1032 hours. Ex Ops Officer Dublin was notified at 1034 hours.
Officer Filipiak was escorted to Division IX Dispensary via wheelchair by Paramedic Lorenz. Officer Carden #17367 provided escort. Officer Filipiak sustained injury to left ankle, hand and knee during this incident. Visible injuries observed: redness, pain and swelling.
Officer Filipiak was transported to St. Anthony's Hospital via CFD Ambulance #69. Officer Beyer, T. #17914 provided escort. Ex Ops Officers Garrett #15105 and Murakami #14755 squad 3235 provided escort at 1126 hours.

Officer Sacuta was escorted to Division IX Dispensary by Officer Van Giensen #16527. Officer Sacuta was seen by Paramedic Mc Nutt for non-visible injuries to facial area and referred to follow up with his primary care physician. Officer Sacuta complained of pain and numbness.
Detainee Gonzalez was seen by Paramedics Mc Nutt and Lorenz and referred to Mt. Sinai Hospital for further medical evaluation (blunt head trauma).

Detainee Gonzalez was transported to Mt. Sinai Hospital via CFD Ambulance #77 by Paramedics Butsky and Tiberi. ERT Officers Hadad #16491, Hawkins #16358, Medina 15588 and Schickel #15115 were escort staff. Ex Ops Officers Garrett #15105 and Murakami #14755 squad 3235 provided escort at 1110 hours.

Sgt. Duran, E. activated BWC X6039BKK8 during incident. Lt. Martinez, A. recorded Officer Filipiak's injuries on BWC X81009063.

Reported injuries to R\Lt: detainee Gonzalez had swelling and redness on left side of face, bleeding from mouth and nose area.

Detainee Gonzalez issued new disciplinary charges pending detainee Disciplinary Hearing board decision and will remain housed on 1F upon being cleared to return to Division IX-RU.

Divisional Camera System reviewed (Div9-CAM 1.047 1F Dayroom and Div9-CAM 1.048 1F Dayroom Door and). Note: there are no cameras assigned to cells, therefore staff is unable to review incident.

Note: Detainee Gonzalez's statement was recorded upon his return from outlaying hospital on Sgt. Sheehan's BWC X603992ZB. Detainee Gonzalez stated that staff assaulted him.

Notifications as follows: AO Line Inv. Roman, J. #6212 notified at 1038 hours and issued AO #49177. Lt. Martinez, A. #721 notified Supt. Iracheta, E. notified via telephone communications and CICC Officer Phillips #16335 at 1033 hours. Follow up telephone communication made with CICC Officer Beamon #17222 at 1057 hours. Cook County Communications Center

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.
For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

CCSAO GONZALEZ 000181




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM (CCOMS)

User ID: S Carey02

## INCIDENT REPORT

Operator #125 notified at 1118\1216 hours and issued CR #46485 (Battery to Staff) and #46538 (Use of Force). Duty Injury \Use of Force packet\Officer Battery report will be completed. Email Notification made to Supt. Iracheta, Dir. Brogan and Dir. Miller. Officers Filipiak and Sacuta are requesting to press charges against detainee Gonzalez. Officer Filipiak completed Duty Injury packet. Initial Notification Report completed.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV9-2020-6205 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.
For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

CCSAO GONZALEZ 000182