# EXHIBIT C

**Digital Exhibit (Video)**

**Uploaded Separately**