# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Christian A. Gonzalez

                          Plaintiff,

v.                                                    Case No.: 1:21−cv−06243

                                                    Honorable Jeffrey I Cummings

J Rodriguez, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 9, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: The parties' joint motion to vacate the expert discovery deadlines [139] is granted. The prior expert discovery schedule is stricken and the Court will re−set expert discovery deadlines after the completion of fact discovery deadline. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.