# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ, ) | |
| ) | Case No. 21-cv-6243 |
| Plaintiff, ) | |
| ) | Hon. Steven C. Seeger |
| v. ) | |
| ) | |
| JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **October 10, 2024,** Special Assistant Cook County State's Attorneys Monica Burkoth and Samuel D. Branum withdrew their appearances for Defendant Correctional Officer Timothy Beyer (#17914)**,** and pursuant to Local Rule 83.17, Special Assistant Cook County State's Attorney Zachary G. Stillman substituted his appearance for said Defendant.

Respectfully Submitted,

DeVore Radunsky LLC

By: */s/ Zachary G. Stillman*
Zachary G. Stillman (ARDC No. 6342749)
Special Assistant State's Attorney
230 W. Monroe, Ste 230
Chicago, IL 60606
312-300-4479
Email: zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **October 10, 2024**, with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/Zachary G. Stillman*