IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>    Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**JOINT STATUS REPORT**

Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants, Justo Rodriguez (#17897), Damir Rasic (#17493), Alen Duharkic (#18248), John Chavez (#16361), Andrew Sacuta (#17496), John Carden (#17367), Eliud Duran (#3214), Steven Stroh (#17808), Timothy Beyer (#17914), Douglas Contorno (#17467), Justin Van Giesen (#16527), Maciej Krzeminski (#17738), William Filipiak (#17770), Sergeant Sheehan (#3234) (collectively, the "Officer Defendants"), Thomas J. Dart, and Cook County (altogether, "Defendants"), by their attorneys, report as follows pursuant to the Court's September 23, 2024 order (ECF No. 137).

**I.  What Additional Discovery Has Been Completed**

  A. ***Written Discovery.*** Since the parties submitted their previous joint status report on September 19, 2024 (ECF No. 136), Defendants Rasic, Duharkic, Sacuta, Carden, Duran, Stroh, Beyer, Contorno, Van Giesen, Krzeminski, Filipiak, Sheehan, Cook County, and Sheriff Dart served their responses to Plaintiff's Fourth Set of Requests for Production and Plaintiff's Second Set of Interrogatories. Certain Defendants

have made an additional production of documents in response to Plaintiff's document requests.

B. **Depositions.** Since the parties submitted their previous joint status report, Plaintiff has taken the deposition of Defendant Duran.

## II. What Discovery Remains

A. The parties have scheduled the Depositions of Defendant Stroh for October 24, 2024 and Defendant Sacuta for November 7, 2024. Plaintiff rescinded his deposition notice for Defendant Beyer and elected to depose Paramedic McNutt in his place. The parties are working cooperatively to schedule the deposition of Paramedic McNutt. Plaintiff intends to take a 30(b)(6) deposition, which he will notice in short order. Plaintiff also plans to depose the remaining Officer Defendants (Contorno, Van Giesen, Krzeminski, and Filipiak), consistent with the Court's 10/7/24 Order, ECF No. 138.

B. The parties are continuing to work through certain discovery issues regarding Defendants' responses and objections to Plaintiff's discovery requests following two meet and confers and email correspondence.

C. The parties anticipate conducting expert discovery following the close of fact discovery.

## III. Whether Any Discovery Disputes Require the Court's Attention

A. None at this time. As noted above, the parties continue to work through certain discovery issues regarding Defendants' responses and objections to Plaintiff's discovery requests, in the hope of avoiding having to involve the Court.

Dated: October 17, 2024                                                Respectfully submitted,

By: /s/ Andrew W. Vail                                                 By: /s/ Samuel D. Branum
Andrew W. Vail                                                         Monica Burkoth
Kaitlin M. Leskovac                                                    Samuel D. Branum
Jacob P. Wentzel                                                       JOHNSON & BELL, LTD.
Christina T. Lopez                                                     33 West Monroe Street, Suite 2700
JENNER & BLOCK LLP                                                     (312) 372-0770
353 North Clark Street                                                 burkothm@jbltd.com
Chicago, IL 60654                                                      branums@jbltd.com
(312) 840-8688
AVail@jenner.com                                                       *Attorneys for Defendants other than*
KLeskovac@jenner.com                                                   *Defendant Rodriguez, Defendant Chavez,*
JWentzel@jenner.com                                                    *and Defendant Beyer*

CLopez@jenner.com

*Attorneys for Plaintiff*

By: */s/ Oliver Kassenbrock*
Oliver Kassenbrock
Dortricia Penn
Conflicts Counsel Unit
Cook County State's Attorney's Office
50 West Washington, Suite 2760
Chicago, IL 60602
(312) 603-1426
Oliver.kassenbrock@cookcountysao.org
Dortricia.penn@cookcountysao.org

*Attorneys for Defendant Rodriguez*

By: */s/ Tyler E. Roland*
Tyler E. Roland
Jessica Lewis
Reifers Holmes & Peters, LLC
1 North LaSalle Street, Suite 3800
Chicago, IL 60602
(312) 638-2092
troland@rhpfirm.com
jlewis@rhpfirm.com

*Attorneys for Defendant Chavez*

By: */s/ Jason E. DeVore*
Jason E. DeVore
Zachary G. Stillman
DeVore Radunsky LLC
230 West Monroe, Suite 230
Chicago, Illinois 60606
(312) 300-4479
jdevore@devoreradunsky.com
zstillman@devoreradunsky.com

*Attorneys for Defendant Beyer*