**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Christian A. Gonzalez
                      Plaintiff,

v.
                      Case No.: 1:21−cv−06243
                      Honorable Jeffrey I Cummings

J Rodriguez, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 23, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [143], which indicates that the parties are proceeding with written discovery and depositions in advance of the 10/24/24 fact discovery deadline. By 11/8/24, the parties shall file a joint status report confirming the completion of fact discovery, providing an agreed expert discovery schedule, and indicating whether the parties are mutually interested in participating in a settlement conference with the assigned Magistrate Judge. The 10/25/25 tracking status hearing is stricken and re−set to 11/15/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.