# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Christian A. Gonzalez

                    Plaintiff,

v.                                       Case No.: 1:21−cv−06243
                                              Honorable Jeffrey I Cummings

J Rodriguez, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 30, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court's 10/23/24 minute order is amended to reflect that discovery will close on 11/22/24. The previously requested joint status report shall be filed by 12/4/24. The 11/15/24 tracking status hearing is stricken and re−set to 12/23/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.