IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**THIRD JOINT MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE**

Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants, Justo Rodriguez (#17897), Damir Rasic (#17493), Alen Duharkic (#18248), John Chavez (#16361), Andrew Sacuta (#17496), John Carden (#17367), Eliud Duran (#3214), Steven Stroh (#17808), Timothy Beyer (#17914), Douglas Contorno (#17467), Justin Van Giesen (#16527), Maciej Krzeminski (#17738), William Filipiak (#17770), Sergeant Sheehan (#3234) (collectively, the "Officer Defendants"), Thomas J. Dart, and Cook County (altogether, "Defendants"), by their respective attorneys, hereby jointly move the Court to extend the fact discovery deadline by 45 days to January 6, 2025. In support of their motion, the parties state as follows.

1. The parties have continued working cooperatively to schedule the remaining depositions within the current fact discovery deadline of November 22, 2024. (*See* ECF No. 138.) As of the filing of this motion, the parties have conducted or are scheduled to conduct by November

1

22, 2024 all but two of the depositions that have been noticed. The two depositions that remain to be scheduled are of non-party Paramedic Bernard McNutt and Defendant Contorno.

2. Due to scheduling challenges, the parties have been unable to schedule the depositions of Paramedic McNutt and Defendant Contorno within the current fact discovery window. Each deposition needs to be scheduled to accommodate five attorneys: counsel for Plaintiff, counsel for Defendant Rodriguez, counsel for Defendant Chavez, counsel for Defendant Beyer, and counsel for the remaining Defendants. Furthermore, Defendant Contorno is on leave until December 9, 2024.

3. Additionally, the parties have been continuing to work through discovery disputes. One unresolved dispute relates to Defendants' responses and objections to Plaintiff's Request No. 8 from his Second Set of Requests for Production. The parties recently reached an impasse on this dispute, and Plaintiff intends to file a motion to compel in short order. The parties are also working through disputes regarding Plaintiff's October 25, 2024 Rule 30(b)(6) deposition notice, including with respect to several topics in the notice that relate to the same subject matter as Plaintiff's Request No. 8 discussed above. Should the Court grant this motion for extension of time to complete fact discovery, the parties intend to reschedule Plaintiff's Rule 30(b)(6) deposition to allow more time to work through their disputes related to the Rule 30(b)(6) deposition notice, including based on the Court's resolution of Plaintiff's forthcoming motion to compel.

4. Federal Rule of Civil Procedure 16(b)(4) provides that the Court may modify a schedule "for good cause." Fed. R. Civ. P. 16(b)(4). Here, the parties submit that there is good cause to extend the fact discovery deadline by 45 days to allow the parties additional time to schedule the depositions of Paramedic McNutt and Defendant Contorno, to continue working

through their disputes regarding Plaintiff's Rule 30(b)(6) deposition notice, and to brief Plaintiff's forthcoming motion to compel. *See* Fed. R. Civ. P. 16(b)(4).

WHEREFORE, the parties respectfully request that the Court enter an order extending the fact discovery deadline by 45 days from November 22, 2024 to January 6, 2025.

Dated: November 14, 2024

By: */s/ Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com

*Attorneys for Plaintiff*

Respectfully submitted,

By: */s/ Samuel D. Branum*
Monica Burkoth
Samuel D. Branum
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
(312) 372-0770
burkothm@jbltd.com
branums@jbltd.com
*Attorneys for Defendants other than Defendant Rodriguez, Defendant Chavez, and Defendant Beyer*

By: */s/ Oliver Kassenbrock*
Oliver Kassenbrock
Dortricia Penn
Conflicts Counsel Unit
COOK COUNTY STATE'S ATTORNEY'S OFFICE
50 West Washington, Suite 2760
Chicago, IL 60602
(312) 603-1426
Oliver.kassenbrock@cookcountysao.org
Dortricia.penn@cookcountysao.org

*Attorneys for Defendant Rodriguez*

By: */s/ Tyler E. Rowland*
Tyler E. Rowland
Reifers Holmes & Peters, LLC
1 North LaSalle Street, Suite 3800
Chicago, IL 60602
(312) 638-2092
troland&rhpfirm.com

*Attorney for Defendant Chavez*

3

By: */s/ Jason E. DeVore*
Jason E. DeVore
Zachary G. Stillman
DEVORE RADUNSKY LLC
230 West Monroe, Suite 230
Chicago, Illinois 60606
(312) 300-4479
jdevore@devoreradunsky.com
zstillman@devoreradunsky.com

*Attorneys for Defendant Beyer*