# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Christian A. Gonzalez
                        Plaintiff,

v.                                                 Case No.: 1:21−cv−06243
                                                         Honorable Jeffrey I Cummings

J Rodriguez, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 22, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: The parties' joint motion for an extension of time to complete fact discovery [148] is granted. All fact discovery shall be completed by 1/6/25. This is a final extension absent a showing of good cause. The parties are reminded to fully exhaust their meet and confer efforts as required under Local Rule 37.2 before filing any discovery motions with the Court. The 12/4/24 status report deadline is stricken and re−set to 12/19/24. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.