# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 21 CV 6243 |
| v. ) | |
| ) | Hon. Steven C. Seeger |
| J. RODRIGUEZ (#17897), D. RASIC, ) | |
| A. SACUTA (#17496), J. CARDEN (#17367), ) | |
| E. DURANT (#3214), S. STROH (#17808), ) | |
| J. CHAVEZ (02), T. BEYER (02), ) | |
| B. CONTORNO, A. DUHARKIC, J. VAN ) | |
| GIESEN, M. KRZEMINSKI, and W. FILIPIAK, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
SECOND SET OF REQUESTS FOR PRODUCTION**

Now Come Defendants, by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorneys, Joel Zeid and Johnnettea Byers, and answer Plaintiff's Second Set of Request for Production as follows:

**REQUESTS FOR PRODUCTION**

1. All Documents and Document files maintained by the Cook County Department of Corrections regarding Plaintiff, including, but not limited to, all Documents and Communications related to the Incidents.

    **Response: Objection, this document requests is overbroad, vague, and overburdensome (all). Subject to and without waiving said objects please see previously produced BATES000001-000311 and the Incident Involvement spreadsheet BATES001702.**

2. All video footage, bodycam footage, and audio recordings related to the Incidents,

including witness statements.

> **Response: Objection, this document requests is vague (bodycam, audio records, incidents, witness statement) and overburdensome (all). Subject to and without waiving said objects please see video files produced concurrently with these responses, identified as BATES001703-001709.**

3. All Communications with emergency medical services or other medical personnel related to the Incidents.

> **Response: Objection, this document requests is vague (incidents) and overburdensome (all). Subject to and without waiving said objects please see previously produced BATES312-1472 and further see BATES001535-001701.**

4. All personnel and disciplinary files, including all job evaluations, audits, incident reports, or misconduct inquiries, for each of the Defendants, for the entire duration of their employment by the Cook County Department of Corrections.

> **Response: Objection, this document requests is overbroad (all personnel files, duration of their employment) and overburdensome (all). Subject to and without waiving said objects please see previously produced BATES000186-000311.**

5. All Cook County Department of Corrections policies regarding the use of force by officers against inmates.

> **Response: Objection, this document requests is vague and overbroad (all). Subject to and without waiving said objects please see Bates001479-001490, 001500-001504,**

001509-001517.

6. All Cook County Department of Corrections policies regarding transportation by officers of inmates within the Cook County Jail.

**Response: Objection, this document requests is vague and overbroad (all). Subject to and without waiving said objects please see bates 001509-001510 and BATES 001511-001513.**

7. All Cook County Department of Corrections policies regarding video camera coverage of inmate transfers and transportation of inmates within the Cook County Jail, including, but not limited to:

   a. All Documents and Communications related to the installation of cameras in elevators or elevator banks at the Cook County Jail that are or may be used to transport inmates; and

   b. All Documents and Communications related to a lack of cameras or malfunctioning cameras in elevators or elevator banks at the Cook County Jail that are or may be used to transport inmates.

**Response: Objection, this document requests is overburdensome (all), vague (documents and communications) and overbroad (inmate transfers and transportation of inmates). Subject to and without waiving said objects please see BATES001473-001534.**

8. All Documents and Communications related to complaints, reports, grievances, or

claims involving allegations that a Cook County Department of Corrections officer assaulted an inmate in an elevator or elevator bank at the Cook County Jail that does not have a camera or has a malfunctioning camera.

**Response: Objection, this document requests is overburdensome (all), and vague (complaints, reports, grievances, or claims). Subject to and without waiving said objects please see Defendant's previously produced Bates000024-000185.**

9. All Documents and Communications that any Defendant intends to use or may use at trial, hearing, or in support of any motion in this matter.

**Response: Please see Defendant's soon to be produced 26(a) disclosures. Defendants reserve the right to supplement as more information becomes available.**

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: /s/ Joel Zeid
Joel Zeid
Johnnetta Byers
Assistant State's Attorneys
Richard J. Daley Center
50 West Washington, Room 500
Chicago, IL 60602
(984) 666-0654

## **CERTIFICATE OF SERVICE**

   I hereby certify that I have caused true and correct copies of the above and foregoing to be served on Plaintiff pursuant to ECF, in accordance with the rules of electronic filing of documents on this day of July 28, 2023.

                  */s/ Joel Zeid*

                  Joel Zeid