# EXHIBIT D

| | |
|---|---|
| **From:** | Samuel D. Branum |
| **To:** | Wentzel, Jacob P.; Leskovac, Kaitlin M. |
| **Cc:** | Vail, Andrew W.; McDowell, Fallon P.; Monica Burkoth; oliver.kassenbrock@cookcountysao.org; dortricia.penn@cookcountysao.org; troland@rhpfirm.com; Amber Rice |
| **Subject:** | RE: Gonzalez v. Rodriguez et al., 21-cv-6243 |
| **Date:** | Thursday, September 5, 2024 10:19:20 AM |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**



As to No. 8, I received confirmation that grievances are handwritten and cannot be searched. For No. 3, we've been unable to locate any additional documents to date, but I haven't yet received confirmation that the investigation is complete. As soon as it is, I will let you know if they found any additional documents. For No. 4, we are still looking into the request, but I should have a response soon.

**From:** Samuel D. Branum
**Sent:** Wednesday, August 28, 2024 5:50 PM
**To:** Wentzel, Jacob P. <JWentzel@jenner.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; oliver.kassenbrock@cookcountysao.org; dortricia.penn@cookcountysao.org; troland@rhpfirm.com; Amber Rice <arice@rhpfirm.com>
**Subject:** RE: Gonzalez v. Rodriguez et al., 21-cv-6243

Jacob,

Attached are the policies on video camera recording and inmate transportation we have been able to identify. This addresses No. 7 below.

I am still looking into Nos. 3, 4, and 8. I should have more information by next week.

Thank you,
Sam

**From:** Wentzel, Jacob P. <JWentzel@jenner.com>
**Sent:** Monday, August 26, 2024 8:06 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; oliver.kassenbrock@cookcountysao.org; dortricia.penn@cookcountysao.org; troland@rhpfirm.com; Amber Rice <arice@rhpfirm.com>
**Subject:** RE: Gonzalez v. Rodriguez et al., 21-cv-6243

Sam,

We write to follow up on the parties' August 9 meet and confer. We understand that you agreed to take the steps set forth below for the indicated RFPs. Please provide us with an update on each

request. Please also let us know if we have misunderstood your position in any way.

- RFP No. 3: You agreed to look into any written record of a call to 911 or EMS regarding Christian Gonzalez on May 7, 2020. Please let us know whether your investigation identified any responsive documents other than those produced on August 22.

- RFP No. 4: You agreed to look into providing us with a description of the categories of disciplinary incidents reflected on the Officer Disciplinary History files produced by Defendants to enable us to identify which categories may be relevant for purposes of requesting the underlying disciplinary records. Please let us know if you are able to provide these descriptions.

- RFP No. 7: You agreed to produce policies relating to video camera recording and inmate transportation. Please let us know when you will do so.

- RFP No. 8: You agreed to look into whether grievances can be searched in any way that is useful to identifying grievances regarding alleged inmate assaults in the elevators in Division 9, including but not limited to keyword searches. Please let us know what you have found. We are hopeful there is some way to help identify what Lieutenant Sheehan characterized as a "common grievance" during his deposition on August 23.

Best,
Jacob

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Thursday, August 8, 2024 3:35 PM
**To:** Leskovac, Kaitlin M. <KLeskovac@jenner.com>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; oliver.kassenbrock@cookcountysao.org; dortricia.penn@cookcountysao.org; troland@rhpfirm.com
**Subject:** RE: Gonzalez v. Rodriguez et al., 21-cv-6243

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

I'm available tomorrow at 1pm for a call.

I wasn't suggesting that you limit your time with Sacuta by doubling up with Carden on 8/15, but even if we go four hours for each witness, we could do two depositions that day. From an efficiency standpoint, that may make the most sense. Let me know if that works for you.

I have a meeting set up with Duharkic tomorrow, so I will confirm if he's available for an in-person

deposition on 8/13.

**From:** Leskovac, Kaitlin M. <KLeskovac@jenner.com>
**Sent:** Wednesday, August 7, 2024 12:35 PM
**To:** Samuel D. Branum <branums@jbltd.com>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; oliver.kassenbrock@cookcountysao.org; dortricia.penn@cookcountysao.org; troland@rhpfirm.com
**Subject:** RE: Gonzalez v. Rodriguez et al., 21-cv-6243

Sam,

I am following up on my 7/25 letter. We have not received any response. We would propose a call to discuss before the end of the week; otherwise, we will be forced to proceed with our motion to compel. We are available for a call tomorrow 4-5 and Friday 9-1030, 1-2.

Additionally, as requested in our 8/2 email, please confirm whether Defendant Duharkic is available for his deposition on 8/13. We request to depose Duharkic in person and can host at our offices.

Regarding the dates you offered for Defendant Sacuta in your 8/5 email, we are not willing to limit the amount of time we have with Sacuta by doubling up with Carden on 8/15. We are available on 8/22, but understand that Oliver is not. Accordingly, please provide another date for Sacuta's deposition.

Thanks,
Kaitlin

**Kaitlin M Leskovac**

**Jenner & Block LLP**
353 North Clark Street
Chicago, IL 60654-3456   |   jenner.com
+1 312 840 7407   |   Tel
+1 773 490 1330   |   Mobile
KLeskovac@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system

**From:** Leskovac, Kaitlin M.
**Sent:** Thursday, July 25, 2024 9:10 PM
**To:** Samuel D. Branum <branums@jbltd.com>
**Cc:** Andrew W. Vail <AVail@jenner.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; Fallon P. McDowell <FMcDowell@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; oliver.kassenbrock@cookcountysao.org; dortricia.penn@cookcountysao.org
**Subject:** Gonzalez v. Rodriguez et al., 21-cv-6243

Counsel,

Please see attached.

Thanks,
Kaitlin

Samuel D. Branum, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0272**
branums@jbltd.com | www.johnsonandbell.com

_____

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.