# EXHIBIT E

| | |
|---|---|
| **From:** | Wentzel, Jacob P. |
| **To:** | Samuel D. Branum; Monica Burkoth; Tyler Roland; Amber Rice; jlewis@rhpfirm.com; Oliver Kassenbrock (States Attorney); Dortricia Penn |
| **Cc:** | Vail, Andrew W.; Leskovac, Kaitlin M.; Lopez, Christina T. |
| **Subject:** | RE: Gonzalez v. Rodriguez et al., 21-cv-6243 |
| **Date:** | Wednesday, November 6, 2024 3:56:00 PM |

Sam,

I am following up on our meet and confer last Friday on Plaintiff's RFP No. 8, and specifically on Plaintiff's October 4, 2024 request to inspect grievances and for production of the grievances underlying the lawsuits listed in paragraph 52 of the Amended Complaint. We understand that your positions were as follows.

First, your client categorically objects to any inspection of Cook County Jail grievances, notwithstanding the scope of the inspection.

Second, you agreed to take back to your client a narrowed version of RFP 8 to produce all Cook County Jail grievances meeting the following parameters: (1) dated on or after January 1, 2010; (2) relating to Division 9; and (3) relating to alleged assaults on inmates by correctional officers; and (4) excluding grievances that are clearly not relevant, such as mental health grievances, disability accommodation grievances, and religious accommodation grievances (although this fourth parameter is arguably encompassed by the third). Because such a production should encompass Plaintiff's request for the grievances underlying paragraph 52 of the Amended Complaint, you proposed not to address that request unless hearing back from your client on the parameters mentioned above.

Please let us know if your client has agreed to produce these grievances or when you anticipate being able to provide a response from your client.

Best,
Jacob

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Wednesday, October 30, 2024 11:43 AM
**To:** Wentzel, Jacob P. <JWentzel@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; Tyler Roland <troland@rhpfirm.com>; Amber Rice <arice@rhpfirm.com>; jlewis@rhpfirm.com; Oliver Kassenbrock (States Attorney) <Oliver.Kassenbrock@cookcountysao.org>; Dortricia Penn <Dortricia.Penn@cookcountysao.org>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Lopez, Christina T. <CLopez@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al., 21-cv-6243

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

I'm available this Friday at 3pm or after.

**From:** Wentzel, Jacob P. <JWentzel@jenner.com>
**Sent:** Tuesday, October 29, 2024 11:42 AM
**To:** Samuel D. Branum <branums@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Tyler Roland <troland@rhpfirm.com>; Amber Rice <arice@rhpfirm.com>; jlewis@rhpfirm.com; Oliver Kassenbrock (States Attorney) <Oliver.Kassenbrock@cookcountysao.org>; Dortricia Penn <Dortricia.Penn@cookcountysao.org>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Lopez, Christina T. <CLopez@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al., 21-cv-6243

Thanks, Sam. Please let us know your earliest availability to meet and confer.

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Tuesday, October 29, 2024 11:36 AM
**To:** Wentzel, Jacob P. <JWentzel@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; Tyler Roland <troland@rhpfirm.com>; Amber Rice <arice@rhpfirm.com>; jlewis@rhpfirm.com; Oliver Kassenbrock (States Attorney) <Oliver.Kassenbrock@cookcountysao.org>; Dortricia Penn <Dortricia.Penn@cookcountysao.org>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Lopez, Christina T. <CLopez@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al., 21-cv-6243

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**
See my client's response highlighted below.

**From:** Wentzel, Jacob P. <JWentzel@jenner.com>
**Sent:** Monday, October 28, 2024 5:15 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Tyler Roland <troland@rhpfirm.com>; Amber Rice <arice@rhpfirm.com>; jlewis@rhpfirm.com; Oliver Kassenbrock (States Attorney) <Oliver.Kassenbrock@cookcountysao.org>; Dortricia Penn <Dortricia.Penn@cookcountysao.org>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Lopez, Christina T. <CLopez@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al., 21-cv-6243

Sam,

We are following up on our requests below with respect to RFP 8. Please let us know your clients' position as soon as possible. If your clients do not agree to the requests, please let us know your earliest availability to meet and confer.

Best,
Jacob

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Wednesday, October 9, 2024 6:10 PM
**To:** Wentzel, Jacob P. <JWentzel@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; Tyler Roland <troland@rhpfirm.com>; Amber Rice <arice@rhpfirm.com>; jlewis@rhpfirm.com; Oliver Kassenbrock (States Attorney) <Oliver.Kassenbrock@cookcountysao.org>; Dortricia Penn <Dortricia.Penn@cookcountysao.org>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Lopez, Christina T. <CLopez@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al., 21-cv-6243

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

I just sent a separate email with our response addressing RFP No. 4 below. I am still trying to get availability for Ofc. Sacuta's deposition.

I forwarded your request for "all" grievances to the client, and they said your request is overbroad. If you propose a narrowed request, they will consider that request.

**From:** Wentzel, Jacob P. <JWentzel@jenner.com>
**Sent:** Friday, October 4, 2024 6:24 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Tyler Roland <troland@rhpfirm.com>; Amber Rice <arice@rhpfirm.com>; jlewis@rhpfirm.com; Oliver Kassenbrock (States Attorney) <Oliver.Kassenbrock@cookcountysao.org>; Dortricia Penn <Dortricia.Penn@cookcountysao.org>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Lopez, Christina T. <CLopez@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al., 21-cv-6243

Sam,

I'm following up about several discovery items addressed in my email below from September 17. Your responses to date have not addressed these discovery items.

- RFP 8 – On Sept. 18, we requested the grievances underlying the lawsuits listed in paragraph 52 of the Amended Complaint. We also requested that Defendants make all other Cook County Jail grievances available for us to inspect. To date, we have not received any substantive response to either request. Please advise us of your clients' position on both requests by Wednesday October 9, so that we can determine how to proceed.

- RFP 4 –
    - We are still awaiting the description of the categories of disciplinary incidents reflected on the Officer Disciplinary History files produced by Defendants to enable us to identify

    which categories may be relevant for purposes of requesting the underlying disciplinary records, which you agreed to provide during our August 9 meet-and-confer. Please provide this information by October 9.

    ○ Additionally, on August 16, we requested an updated disciplinary history for Inv. Rasic, to include the excessive force incident and related 29-day suspension that he testified about during his deposition, as well as the underlying records related to the incident and suspension. Please provide these documents by October 11.

- Please provide some dates when Officer Sacuta is available for a deposition.

Best,
Jacob

---

**From:** Wentzel, Jacob P.
**Sent:** Wednesday, September 18, 2024 8:50 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Tyler Roland <troland@rhpfirm.com>; Amber Rice <arice@rhpfirm.com>; jlewis@rhpfirm.com; Oliver Kassenbrock (States Attorney) <Oliver.Kassenbrock@cookcountysao.org>; Dortricia Penn <Dortricia.Penn@cookcountysao.org>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Lopez, Christina T. <CLopez@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al., 21-cv-6243

Counsel,

I am following up on my email below. Please let us know your positions as soon as possible.

Best,
Jacob

---

**From:** Wentzel, Jacob P. <JWentzel@jenner.com>
**Sent:** Tuesday, September 17, 2024 2:57 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Tyler Roland <troland@rhpfirm.com>; Amber Rice <arice@rhpfirm.com>; jlewis@rhpfirm.com; Oliver Kassenbrock (States Attorney) <Oliver.Kassenbrock@cookcountysao.org>; Dortricia Penn <Dortricia.Penn@cookcountysao.org>
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Lopez, Christina T. <CLopez@jenner.com>
**Subject:** Gonzalez v. Rodriguez et al., 21-cv-6243

Counsel,

I am writing about several discovery items.

We propose a second extension of fact discovery in light of several open items. There are three noticed depositions for which we do not have a date on the calendar (and two for which we have not received any proposed dates): Sacuta, Beyer, and Stroh. Additionally, with respect to RFP No. 4, we are still awaiting the description of the categories of disciplinary incidents reflected on the Officer Disciplinary History files produced by Defendants to enable us to identify which categories may be relevant for purposes of requesting the underlying disciplinary records, which Defendants agreed to provide during the August 9 meet and confer. Additionally, as discussed further below, we have not received the grievances requested in RFP No. 8 and, in light of your confirmation that they are not searchable, we request to inspect the grievances ourselves.  Accordingly, we would propose a four-week extension, until October 25, to address these open items. Please let us know Defendants' positions on the extension.  We can prepare a draft motion and circulate it for review.

Further to RFP No. 8, we request that Defendants produce the grievances underlying the lawsuits listed in paragraph 52 of the Amended Complaint. We also request that Defendants make all other Cook County Jail grievances available for us to inspect. Please let us know Defendants' positions with respect to each request.

In addition, we note that Defendant Rodriguez stated in the interrogatory responses served this afternoon (First Set of Interrogatories, Interrogatory No. 6) that he believes there is a stationary camera in the "core" hallway that may have a view of some portion of the exterior of the elevator in which Mr. Gonzalez was transported on May 7, 2020.  Please advise whether there is such a camera and, if so, produce any footage from that camera related to the May 7, 2020 Incident (as defined in Plaintiff's Second Set of RFPs).

Best,
Jacob

### Jacob P. Wentzel

**Jenner & Block LLP**
353 North Clark Street
Chicago, IL 60654-3456   |   jenner.com
+1 312 840 7460   |   Tel
+1 312 982 4729   |   Mobile
Pronouns : He / Him
JWentzel@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system

Samuel D. Branum, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0272**

branums@jbltd.com | www.johnsonandbell.com

_____

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.