# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTIAN A. GONZALEZ,           )
                                 )
      Plaintiff,                 )
                                 )
   -vs-                No. 21 CV 6243
                                 )
JUSTO RODRIGUEZ (#17897), DAMIR  )
RASIC (#17493), ALEN DUHARKIC    )
(#18248), JOHN CHAVEZ (#16361),  )
ANDREW SACUTA (#17496), JOHN CARDEN )
(#17367), ELIUD DURAN (#3214),   )
STEVEN STROH (#17808), TIMOTHY BEYER )
(#17914) DOUGLAS CONTORNO (#17467), )
JUSTIN VAN GIESEN, (#16527) MACIEJ )
KRZEMINSKI (#17738) WILLIAM FILIPIAK )
(#17770), SERGEANT SHEEHAN (3234), )
THOMAS J. DART, AND COOK COUNTY, )
                                 )
      Defendants.                )

CONFIDENTIAL PORTIONS EXCERPTED

   The teleconference deposition of

SERGEANT SHEEHAN, called by the Plaintiff for

examination, pursuant to notice and pursuant to

the Federal Rules of Civil Procedure for the

United States District Courts pertaining to the

taking of depositions, taken before Noreen E.

Resendez, CSR, RPR, conducted via Zoom, commencing

at the hour of 10:00 a.m. on Friday, August 23,

2024.

1 relate in terms of opening or anything like that.

2 And the EM, electronic monitoring program, holds a

3 higher number as well.

4    Q.   Are you aware of any instances where

5 inmates have alleged that they were assaulted in

6 the elevator in Division 9 besides the alleged

7 assault in this case?

8    A.   Yes.

9    Q.   What instances have you heard of

10 besides the one alleged in this case?

11    A.   There is -- it is a known blind spot,

12 and it is well known within the inmate population

13 in Division 9. It is a common grievance.

14       (Reporter clarification.)

15 BY MR. WENTZEL:

16    Q.   Can you recall any specific detainees

17 who have alleged or aggrieved that they were

18 assaulted?

19    A.   Specifically I cannot by name.

20    Q.   Do you recall any specific grievances

21 by any identifying features?

22    A.   No.

23    Q.   When was the last time you became aware

24 of an allegation that an inmate was assaulted in

25 Division 9?