# EXHIBIT G

Steven Stroh
October 24, 2024

```
            IN THE UNITED STATES DISTRICT COURT

         FOR THE NORTHERN DISTRICT OF ILLINOIS

                      EASTERN DIVISION

CHRISTINA A. GONZALEZ,      )

          Plaintiff,        )

       vs.                  ) No. 2:2021-cv-06243

JUSTO RODRIGUEZ #17897,     )

et al.,                     )

          Defendants.       )




              DEPOSITION OF STEVEN STROH

                   APPEARING REMOTELY



           **CONFIDENTIAL PORTIONS EXCERPTED**



                   October 24, 2024

                     8:00 a.m. CDT




 REPORTED BY:  WENDY A. KILLEN, CSR, RPR

 LICENSE NO.:  084-003772

 APPEARING REMOTELY
```

Steven Stroh
October 24, 2024

```
 1       Q.    So the door was being repaired or it
 2  was broken or...?
 3       A.    At one time, that elevator was broken
 4  and that door got replaced and the door that got
 5  put on it looks worse than the -- because that's
 6  just the parts that are available for it, I
 7  guess.
 8       Q.    Now, you said they have always been
 9  talking about how they want to put cameras in
10  every elevator.
11             Who is they in that sentence?
12       A.    It's just rumor mill.
13       Q.    So you hear that like from your
14  colleagues or...?
15       A.    Yeah, like I said, it's just rumor
16  mill, just people just talking.
17       Q.    Okay.  And what was your understanding
18  of why that would be done?
19       A.    To dispel the allegations of what
20  we're dealing with right now.
21       Q.    Okay.  And did you hear anything from
22  your supervisors or any of the higher-ups about
23  any plan to install cameras in the elevators?
24       A.    No, just mainly other officers just
```

Steven Stroh
October 24, 2024

1   spreading rumor.
2        Q.   Okay.  So when you say that the idea
3   to install a camera in an elevator is to dispel
4   allegations similar to what's at issue in this
5   lawsuit, so you're referring to the fact that
6   there's an allegation in this lawsuit that
7   Mr. Gonzalez was assaulted in an elevator he was
8   escorted in, is that right?
9        A.   Yes.
10       Q.   So when you say that the idea of
11  having a camera in an elevator is to dispel those
12  allegations, is it your understanding that this
13  is an allegation that's made?
14       A.   Based off of what I read from the
15  lawsuit, yes, that's an allegation that was made
16  in this.
17       Q.   Right.
18            But aside from this lawsuit, are
19  you aware of other allegations of a similar
20  nature?
21       A.   Everywhere there's not cameras, a
22  celly puts in grievances of this person did
23  something just because there's no cameras there,
24  so it has to go off of officer conduct.  And,

Steven Stroh
October 24, 2024

| | |
|---|---|
| 1 | again, when somebody has 24 hours a day to sit |
| 2 | there and focus on how they're going to, one, |
| 3 | either take vengeance on somebody that they feel |
| 4 | has done them wrong in some sort of way or just |
| 5 | because they want to try and get money, they have |
| 6 | 24 hours a day to think of new ways.  Same way |
| 7 | they have 24 hours a day to think of new ways to |
| 8 | bypass security measures and get out of handcuffs |
| 9 | and to pass things to each other without anybody |
| 10 | knowing. |
| 11 |     Q.   So have you ever been involved in any |
| 12 | conversations during your time at the jail about |
| 13 | the fact that there was no camera installed in |
| 14 | the elevators in Division 9? |
| 15 |     A.   I mean, it was always known.  Like I |
| 16 | said, other than rumor mill talking about people |
| 17 | going to -- you know, that the County was going |
| 18 | to eventually put cameras in every elevator, not |
| 19 | that -- not to my knowledge, no. |
| 20 |     Q.   Okay.  When you say the rumor mill, |
| 21 | can you be more specific about what you were |
| 22 | hearing? |
| 23 |     A.   Again, it's just that, yeah, |
| 24 | eventually the County is going to put cameras in |