**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN A. GONZALEZ, | |
| Plaintiff, | |
| v. | No. 21 CV 6243 |
| JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEAN SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY, | Hon. Jeffrey I. Cummings |
| Defendants. | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
WITHIN THE SAME FIRM**

   **PLEASE TAKE NOTICE** that on **November 25, 2024**, Special Assistant Cook County State's Attorney, Zachary G. Stillman, withdrew his appearance for Defendant Correctional Officer Timothy Beyer (#17914) and, pursuant to Local Rule 83.17, Special Assistant Cook County State's Attorney, Erin M. Wright, substituted her appearance for said Defendant.


                          Respectfully submitted,

                          DeVore Radunsky LLC

        By:    */s/ Erin M. Wright*_____
                          Erin M. Wright (ARDC No.6530148)
                          Special Assistant State's Attorney
                          DeVore Radunsky LLC
                          230 W. Monroe St., Suite 230
                          Chicago, IL 60606
                          312-300-4479
                          ewright@devoreradunsky.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that the above **Notice of Withdrawal and Substitution of Counsel Within the Same Firm** was filed on **November 25, 2024**, with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/ Erin M. Wright*