IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>      Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF AGREED PROPOSED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL**

Plaintiff, Christian A. Gonzalez, by his attorneys, hereby moves the Court to enter an agreed proposed briefing schedule on his Motion to Compel Production or Inspection of Grievances in Response to Request for Production No. 8 on November 22, 2024 (the "Motion to Compel"). In support thereof, Plaintiff states as follows:

1. Plaintiff filed a Motion to Compel on November 22, 2024. *See generally* ECF No. 150. However, Plaintiff neglected to include a proposed briefing schedule in the body of his motion, as required by the Court's standing order on civil motion practice.

2. Plaintiff has since conferred with Defendants regarding a proposed briefing schedule on Plaintiff's Motion to Compel, and the parties have agreed to the following proposed briefing schedule:

1

    a. Defendants' response in opposition to the Motion to Compel shall be due by December 13, 2024; and

    b. Plaintiff's reply in support of the Motion to Compel shall be due by December 20, 2024.

3. Plaintiff has conferred with counsel for Defendants and is informed that Defendants do not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court enter the foregoing agreed proposed briefing schedule on his Motion to Compel.

Dated: December 4, 2024　　　　　　　　　　Respectfully submitted,

By: */s/ Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com

*Attorneys for Plaintiff*

2