# EXHIBIT H

Investigator John Carden
August 15, 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

```
CHRISTIAN A. GONZALEZ,        )
         Plaintiff,           )
    vs.                       ) No. 21 CV 6243
JUSTO RODRIGUEZ (#17897),     )
DAMIR RASIC (#17493), ALEN    )
DUHARKIC (#18248), JOHN       )
CHAVEZ (#16361), ANDREW       )
SACUTA (#17496), JOHN         )
CARDEN (#17367), ELIUD        )
DURAN (#3214), STEVEN         )
STROH (#17808), TIMOTHY       )
BEYER (#17914), DOUGLAS       )
CONTORNO (#17467), JUSTIN     )
VAN GIESEN (#16527),          )
MACIEJ KRZEMINSKI             )
(#17738), WILLIAM FILIPIAK    )
(#17770), SERGEANT SHEEHAN    )
(#3234), THOMAS J. DART,      )
and COOK COUNTY,              )
         Defendants.          )
```

The discovery deposition of

INVESTIGATOR JOHN CARDEN, conducted virtually,

taken in the above-entitled cause, before Rebecca

Boyce, an Illinois Shorthand Reporter, on

August 15, 2024 at 10:00 a.m. pursuant to notice.

Rebecca Boyce, CSR

License No.: 084-004726

Investigator John Carden
August 15, 2024

1  privileged enough to be around the conversations to
2  overhear situations like that.
3      Q.   Are you aware of any allegations by
4  inmates that they had been assaulted in Division 9
5  elevators in your ten years working in Division 9?
6      A.   In the times that I've heard inmates talk
7  about it, have they said that they were?  Yeah.
8  Was I around to see it?  No.  But like I said
9  previously, inmates make comments half the time
10 that's not credible.
11     Q.   When was the last time you heard an
12 allegation by an inmate that alleged they had been
13 assaulted in an elevator in Division 9 at Cook
14 County Jail?
15     A.   Like I said, I left 9 in '22, so probably
16 two or more years since I've heard that.
17     Q.   Do you recall who made that allegation?
18     A.   No, I do not.
19     Q.   Do you recall how many allegations of
20 inmate assault in elevators in Division 9 in Cook
21 County Jail that you heard?
22     A.   No.
23     MR. BRANUM:  Objection to form.
24     THE WITNESS:  No, I do not.
25

Investigator John Carden
August 15, 2024

1  BY MS. LOPEZ:
2      Q.   Was it more than one?
3      A.   It was at least one, but I don't know
4  exactly the number.
5      Q.   Was it more than three?
6      A.   No.  Probably one or two.
7      Q.   When you heard these allegations, did you
8  report them to a supervisor?
9      A.   Either myself or my partner did, but we
10 were never told anything else further.  It's not --
11 we never were told back about it, so we didn't know
12 if it was true or if it was just someone making up
13 a story.  We never got an answer about it.
14     Q.   Which supervisor do you recall reporting
15 this to?
16     A.   I don't recall.  I've had numerous
17 different supervisors while I was in that building
18 up until 2022.
19     Q.   Can you name those supervisors?
20     A.   I can't remember all of them --
21     MR. BRANUM:  I'll just object to relevancy for
22 naming every single supervisor over a ten-year
23 period.
24     MS. LOPEZ:  Some of these supervisors are
25 defendants, so it would be helpful for him to name

Investigator John Carden
August 15, 2024

```
 1  them so --
 2      MR. BRANUM:  Well, if you want to ask that
 3  question, but just asking an open-ended question
 4  for every supervisor over ten years I think is a
 5  bit excessive and not relevant to the claims in
 6  this case, but go ahead.
 7      THE WITNESS:  I don't remember every single
 8  supervisor, and I don't remember the supervisor
 9  that myself and my partners reported to but --
10  BY MS. LOPEZ:
11      Q.   How about in a more recent time frame, so
12  from January 2020 to 2022 when you left this role?
13      A.   I don't remember in that time frame
14  overhearing any of that (Inaudible) --
15      MS. REPORTER:  He's cutting out a little bit
16  for me.  Could you move closer to the mic and
17  repeat the last part of your answer please, John?
18      THE WITNESS:  Okay.  I don't remember that
19  situation because, like I was saying, all the
20  supervisors had -- from the time frame that you
21  asked about, I don't remember anybody reporting it
22  at that time frame that anything like that
23  happened.
24  BY MS. LOPEZ:
25      Q.   During that time frame, was Sergeant
```

Investigator John Carden
August 15, 2024

1    Sheehan one of your supervisors?
2        MR. BRANUM:  Asked and answered and object to
3    the form of the question.
4    BY MS. LOPEZ:
5        Q.   During May 2020 to September 2023 when you
6    moved to the role of investigator, was Sergeant
7    Sheehan one of your supervisors?
8        A.   Briefly, he was in that time frame, only
9    for about a year.
10       Q.   Do you know if the inmate who alleged that
11   he had been assaulted in an elevator in Division 9
12   filed a grievance?
13       A.   No, I would not know that.  Grievances go
14   to the social worker.  They don't go to officers.
15       Q.   Are you aware if the inmate filed a
16   lawsuit with respect to the alleged assault?
17       A.   No, I'm not aware.
18       Q.   And you said either you or your partner
19   would have reported that alleged assault to a
20   supervisor, is that right?
21       A.   Yes.
22       Q.   Who was your partner from --
23       A.   I have various different partners per day
24   depending on staffing levels, depending on who came
25   to work.  I can't remember every single one of my