# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Christian A. Gonzalez

                       Plaintiff,

v.                                                Case No.: 1:21−cv−06243

                                                       Honorable Jeffrey I Cummings

J Rodriguez, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 10, 2024:

       MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's unopposed motion to set briefing schedule [152] is granted. Defendants shall respond to the motion to compel [150] by 12/13/24 and plaintiff shall reply by 12/20/24. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing if appropriate. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.