# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**CONTROL #:** 20200S633
**INMATE ID #:** 70710

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- [x] Emergency Grievance
- [ ] Grievance
- [ ] Non-Compliant Grievance

260

- [ ] Cermak Health Services
- [ ] Superintendent:
- [x] Other: OPR I/S

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Gonzalez
**PRINT - FIRST NAME** *(Primer Nombre)*: Chusbon
**INMATE BOOKING NUMBER** *(# de identificación del Preso)*: 19-0602047
**DIVISION** *(División)*: 9
**LIVING UNIT** *(Unidad)*: 1F
**DATE** *(Fecha)*: 5-13-20

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad el Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| | | | |

See Attached

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE:** *(Firma del Preso)* See Attached

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** R. Jewely
**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 5-19-20

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** G. Atsaves '692
**SIGNATURE:**
**DATE REVIEWED:** 5/19/2020

(FCN-40a)(AUG 16)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

CCSAO GONZALEZ 000029

Exhibit A Page 1

# Inmate Grievance Form

| Last Name | First Name | Booking Number |
|---|---|---|
| Gonzalez | Christian | 20190602047 |

| Division | Living Unit | Date |
|---|---|---|
| 9 | 1F | 5·13·2020 |

| Incident Date | Time of Incident | Location | Accused |
|---|---|---|---|
| 5·07·2020 | 10:00A to 12:00P | Div 9-1F | ~~D.Rasic~~ W.Filipiak ~~T.Beyeroz~~ S.Stroh A.Sacuta J.van Giesien J.Carden J.Chavez02 J.Rodriguez M.Krzeminski D.Contorno A.Duharkic |

## Complaint

On 5·07·2020 Between 10:00A to 12:00P While Being Transported to Dispensary For Medical Attention Due to An Altercation that Happen On 1F. While Getting On the Elevator All Accused Officer In the Elevator Started To Knee Me And Punching Me In My Face Due to the Altercation I Had On 1F. Medical Staff Contacted 911 And Transfered Me to Mount Sanai Hospital For Injures that Happend On Elevator. While Being Treated At the Hospital. Medical Staff Stated that I had Alot of Swelling all Over my Head And Face. I Currently Have Blood All Around My Eye. My Vision Is Blurry Due to the Incident In the Elavator with the Officer who Assaulted Me. I've Been Trying To See A Doctor For My Eye Site, Blurry Vision And they Don't Seem to Want to Help Me.

5·13·20
Christian Gonzalez

Wittnesses: Tyrelle Henderson #20190509171

Supervisor Recieved by _____
C.R.W OR Law Librarian _____ Date 5/19/20

CCSAO GONZALEZ 000030

### Gonzalez, Christian 2020x05633

Chakah Wilson (Sheriff) <Chakah.Wilson@cookcountyil.gov>
Tue 5/19/2020 6:47 AM

**To:** CCSO OPR (Sheriff) <ccso.opr@cookcountyil.gov>
**Cc:** John Mueller (Sheriff) <John.Mueller@cookcountyil.gov>; Larry Schurig (Sheriff) <Larry.Schurig@cookcountyil.gov>; Miriam Rentas (Sheriff) <Miriam.Rentas@cookcountyil.gov>; Heather Bock (Sheriff) <Heather.Bock@cookcountyil.gov>

📎 1 attachments (2 MB)
05-22-2020 Gonzalez, Christian 2020x05633.pdf;

Attached to this email is a copy of a **_Grievance_** that is being referred to your office for a review and/or investigation.

*Chakah Wilson*
Department of Inmate Services
Department of Corrections Cook County Sheriffs Office
2700 S. California Ave., Chicago, IL. 60608
Phone 773-674-1976
Fax 773-674-8434
chakah.wilson@cookcountyil.gov

The information contained in this email message may be legally privileged and/or confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately and destroy this communication and all copies thereof, including attachments. Thank you.

Inmate Serv.
Copy

# Inmate Grievance Number: <u>2020x05633</u>
## *Numero De Queja*

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

*Su alegación(es) han sido enviadas a la Oficina del Departamento de Revisión Professional (OPR) y al Superintendente de la División para una revisión y/o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below *or* submitting an inmate request form, to speak with the Divisional Superintendent.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo o sometiendo una Forma de Solicitud del Preso para poder hablar con el Superviniente de la División.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

**Office of Professional Review**
**3026 S. California Ave**
**Building 2 / 4th floor**
**Chicago, Illinois 60608**

# INMATE SERV. COPY

CCSAO GONZALEZ 000032

Exhibit A Page 4



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: 005633  INMATE #: 70/7/0

202

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso)*: Gonzalez

**INMATE FIRST NAME** *(Primer Nombre)*: Christo

**ID Number** *(# de Identificación)*: 17-0602047

**GRIEVANCE ISSUE AS DETERMINED BY CRW**: 2CO Misconduct by Staff physical

**IMMEDIATE CRW RESPONSE (If applicable)**: Medical + Security Notified

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services)*: OPR I/S

**DATE REFERRED**: 5/19/20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

- See attachment -

**PERSONNEL RESPONDING TO GRIEVANCE (Print)**: L. Hampton

**SIGNATURE**: Leste

**DIV./DEPT.**: I.J

**DATE**: 5/19/20

**INMATE SIGNATURE** *(Firma del Preso)*: Delv Via COVID19

**DATE RESPONSE WAS RECEIVED**: 5/19/2020

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the Inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL**: ___/___/___

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Si) ☐  No ☐

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION**:

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a))*:

**SIGNATURE** *(Firma del Administrador o/su Designado(a))*:

**DATE** *(Fecha)*: ___/___/___

**INMATE SIGNATURE** *(Firma del Preso)*:

**DATE APPEAL RESPONSE WAS RECEIVED**: ___/___/___

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW)  (PINK COPY – INMATE)

CCSAO GONZALEZ 000093



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**CONTROL #:** 20200S633
**INMATE ID #:** 70110

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY

- [x] Emergency Grievance
- [ ] Grievance
- [ ] Non-Compliant Grievance

260

- [ ] Cermak Health Services
- [ ] Superintendent:
- [x] Other: OPR I/S

**PRINT - INMATE LAST NAME** (Apellido del Preso): Gonzalez
**PRINT - FIRST NAME** (Primer Nombre): Chester
**INMATE BOOKING NUMBER** (# de identificación del Preso): 19-0602047
**DIVISION** (División): 9
**LIVING UNIT** (Unidad): 1F
**DATE** (Fecha): 5-13-20

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solicitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
|  |  |  |  |

See Attached

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre del personal o presos que tengan información:)

**INMATE SIGNATURE:** (Firma del Preso): See Attached

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** R. Jully
**SIGNATURE:** Jully
**DATE CRW/PLATOON COUNSELOR RECEIVED:** 5-19-20

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** K. Atsaves '92
**SIGNATURE:** HK '92
**DATE REVIEWED:** 5-19-20

(FCN 40a)(AUG 16)   (WHITE COPY - INMATE SERVICES)   (YELLOW COPY - CRW/PLATOON COUNSELOR)

# Inmate Grievance Number: <u>2020x05633</u>
## *Numero De Queja*

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

*Su alegación(es) han sido enviadas a la Oficina del Departamento de Revisión Professional (OPR) y al Superintendente de la División para una revisión y/o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below *or* submitting an inmate request form, to speak with the Divisional Superintendent.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo o sometiendo una Forma de Solicitud del Preso para poder hablar con el Superviniente de la División.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

**Office of Professional Review**
**3026 S. California Ave**
**Building 2 / 4th floor**
**Chicago, Illinois 60608**

# INMATE SERV. COPY

CCSAO GONZALEZ 000035

Exhibit A Page 7

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*
## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: 008633
INMATE #: 70/710

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** (Apellido del Preso): Gonzalez
**INMATE FIRST NAME** (Primer Nombre): Cristo
**Number** (# de Identificación): 17-0602047

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** No Misconduct by Staff physical

**IMMEDIATE CRW RESPONSE (if applicable):** Medical + Security Notified

**CRW/ REFERRED THIS GRIEVANCE TO** (Example: Superintendent, Cermak Health Services): OPR I/S

**DATE REFERRED:** 5/19/20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

— See attachment —

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** L. Hampton
**SIGNATURE:** Leste
**DIV./DEPT.:** I.J
**DATE:** 5/19/20

**INMATE SIGNATURE** (Firma del Preso): Delv Via COVID19
**DATE RESPONSE WAS RECEIVED:** 5/19/2020

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso:) ___/___/___

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Si) ☐  No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:**

**INMATE SERVICES DIRECTOR/DESIGNEE:** _____
**SIGNATURE:** _____
**DATE:** ___/___/___

**INMATE SIGNATURE** (Firma del Preso): _____
**DATE APPEAL RESPONSE WAS RECEIVED:** ___/___/___

(FCN-72) (NOV 17)     (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INMATE)

CCSAO GONZALEZ 000036
Exhibit A Page 8

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

Jewell

CONTROL NUMBER: 005633
INMATE #: 701710

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME: Gonzalez
INMATE FIRST NAME: Christa
ID Number: 17-0602047

GRIEVANCE ISSUE AS DETERMINED BY CRW: Loc Misconduct by Staff Supervisor

IMMEDIATE CRW RESPONSE (if applicable): Medical + Security No Cpes

CRW/ REFERRED THIS GRIEVANCE TO: OPR J/S

DATE REFERRED: 5/19/20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

- See attachment -

PERSONNEL RESPONDING TO GRIEVANCE (Print): L. Hampton
SIGNATURE: Leste
DIV./DEPT.: I.J
DATE: 5/19/20

INMATE SIGNATURE:
DATE RESPONSE WAS RECEIVED: 5/19/2020

### INMATE'S REQUEST FOR AN APPEAL

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: 5/27/20

While OPR Does their Investigation How Do I Deal With Daily Harrassment By Officers. Do To Blurry Vision I have yet to Recieve Medical Attention Caused By Officers..

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☐ No ☒

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:
Original Response to stand
Inmate needs to address healthcare issue is healthcare

INMATE SERVICES DIRECTOR/DESIGNEE: J Mueller
SIGNATURE:
DATE: 6/2/20

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE: DeW. U14 Covid 19 Proc G
DATE APPEAL RESPONSE WAS RECEIVED:

COSAO GONZALEZ 000037

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**CONTROL #:** 2021x15534
**INMATE ID #:** 701710

**(THIS SECTION TO BE COMPLETED BY INMATE SERVICES STAFF ONLY)**

- ☒ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

260

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☒ Other: OPR

**PRINT - INMATE LAST NAME:** GONZALEZ
**PRINT - FIRST NAME:** CHRISTIAN
**INMATE BOOKING NUMBER:** 20190602047
**DIVISION:** 9
**LIVING UNIT:** 1F
**DATE:** 11-9-2021

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grievance form must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

*[Spanish translation of above guidelines]*

**REQUIRED - DATE OF INCIDENT:** 11/5/2021
**REQUIRED - TIME OF INCIDENT:** 9:30 PM
**REQUIRED - SPECIFIC LOCATION OF INCIDENT:** Div 9 1F Cell #1231
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED:** C. Pavon, J. Rodriguez 04 #17697, J. Bakowski #17007, L. Roman #17991, Garcia #18252, A. Sacuta #17496, J. Carden #17367, Villarreal #3173

On November 5 2021 at 9:30 Pm in Division 9 Tier 1F Cell #1231 Where I Christian Gonzalez #20190602047 & c/o J. Rodriguez 04 Were Involved In a Physical Altercation & While Being Taken To The Ground & Restrained In handcuffs & leg Restraints By c/o Garcia 09 c/o J. Rodriguez 04 Immediately Began to Punch Me In The Face (on the Right Side) & When his hand began to hurt he Began to Brutally Bash My Face Into the Ground Where I Began To Bleed Out. c/o Roman- While On the Ground he Threw Several Closed hand Strikes to The Facial Area & Torso. c/o Garcia 09- While On the Ground he threw Several Closed hand Strikes to left Side of the Facial Area. c/o Sacuta- While On the Ground he threw Several Closed hand Strikes to the Back of the head & Facial Area. c/o J. Bakowski- While on the Ground he threw Several Closed hand Strikes to the Left Side of the face. And When I Was Being lifted off the With With the handcuff Made a Pointy object at the End & Tried to Poke Me In My Eye But Missed & hit Below the Right Eye Where I Began To Bleed Out Uncontrollably.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** _____

**INMATE SIGNATURE:** Christian Gonzalez

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION

**CRW/PLATOON COUNSELOR (Print):** Johnson
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECEIVED:** 11.16.21

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** V. Abanes
**SIGNATURE:** [signature]
**DATE REVIEWED:** 11/16/21

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

**Laura Mena (Sheriff)**

| | |
|---|---|
| **From:** | Laura Mena (Sheriff) |
| **Sent:** | Tuesday, November 16, 2021 2:40 PM |
| **To:** | CCSO OPR |
| **Cc:** | Albert Martinez (Sheriff); Heather Bock (Sheriff); John Mueller (Sheriff); Larry Schurig (Sheriff); Miriam Rentas (Sheriff) |
| **Subject:** | Emergency Grievance: Gonzalez, C 2021x15534 |
| **Attachments:** | 11-30-2021 Gonzalez, Christian 2021x15534.pdf; Emergency Grievance Action Review Form (BLANK).pdf |

## O.P.R.

- Attached to this email is a copy of a **_Grievance_** that's being forward to your office for a review and/or investigation.

## Supt.

- Attached to this email is a "blank" pdf fillable _Emergency Grievance Action Form_.

- KMS-Lexipol 701 Grievance Procedure for Individuals Detained in the D.O.C. **requires that an Emergency Grievance Action Form be completed within five (5) calendar days**. This "Emergency Grievance" allegedly took place within your Division or area of responsibility; therefore, an Emergency Grievance Action Form is REQUIRED.

Please complete the attached form and return it to your assigned A.E.D.

Thanks in advance for your timely submission.

_Sincerely,_

_Laura Mena_

**Admin. Assistant II**
Department of Inmate Services
2700 S. California Ave, Chicago, IL 60608
Tel # 773-674-7037
laura.mena@ccsheriff.org

Inmate Serv. Copy

The information contained in this email message may be legally privileged and/or confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly

1

CCSAO GONZALEZ 000113

Exhibit A Page 11

# Detainee Grievance Number:
# 2021x15534

## Numero De Queja

Although this R/Supv. cannot substantiate or deny your allegation(s), please be advised that your grievance has been forwarded to the Offices of Professional Review and Divisional Superintendent for their review and/or investigation.

*Aunque este R/Supervisor no puede corroborar o negar su(s) alegación(es), por favor tenga en cuenta que su queja se ha enviado a las Oficinas de Revisión Profesional (OPR) y al Superintendente de División para su revisión y / o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo. División.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination, or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

Office of Professional Review
3026 S. California Ave
Building 2 / 4th floor
Chicago, Illinois 60608

**INMATE SERV. COPY**

CCSAO GONZALEZ 000114

Exhibit A Page 12

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**YEAR:** 2021
**CONTROL NUMBER:** 15534
**INMATE #:** 701710

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME:** Gonzalez
**INMATE FIRST NAME:** Christian
**ID Number:** 20190600204?

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** Q00 - Misconduct, Physical, Sworn staff

**IMMEDIATE CRW RESPONSE (if applicable):** Notified command staff

**CRW/ REFERRED THIS GRIEVANCE TO:** OPR
**DATE REFERRED:** 11/16/21

### RESPONSE BY PERSONNEL HANDLING REFERRAL

- See attachment -

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** L. Hampton
**SIGNATURE:** Lester
**DIV./DEPT.:** I.J.
**DATE:** 11/16/21

**INMATE SIGNATURE:** Christian Gonzales
**DATE RESPONSE WAS RECEIVED:** 11/17/2021

### INMATE'S REQUEST FOR AN APPEAL

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** ___/___/___

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☐

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:**

**INMATE SERVICES DIRECTOR/DESIGNEE:**
**SIGNATURE:**
**DATE:** ___/___/___

**INMATE SIGNATURE:**
**DATE APPEAL RESPONSE WAS RECEIVED:**

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

CCSAO GONZALEZ 000115

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**CONTROL #:** 2021x15534
**INMATE ID #:** 701710

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

- ☒ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

2UC

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☒ Other: OPR

**PRINT - INMATE LAST NAME** (Apellido del Preso): GONZALEZ
**PRINT - FIRST NAME** (Primer Nombre): CHRISTIAN
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20190602047
**DIVISION** (División): 9
**LIVING UNIT** (Unidad): 1F
**DATE** (Fecha): 11-9-2021

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

[Spanish translation of above guidelines]

**REQUIRED - DATE OF INCIDENT** (Fecha del Incidente): 11/5/2021
**REQUIRED - TIME OF INCIDENT** (Horad del Incidente): 9:30 PM
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente): Div 9 1F Cell #1231
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o identificación del Acusado):
C. Pavon
J. Rodriguez 04 #17897
J. Bakowski #17007
L. Roman #17991
Garcia #18252
A. Sacuta #17496
J. Carden #17367
Villarreal #3173

A. On November 5, 2021 at 9:30 PM in Division 9 Tier 1F Cell #1231 Where I, Christian Gonzalez #20190602047 & R/O J. Rodriguez 04 Were Involved In a Physical Altercation & While Being Taken To The Ground & Restrained In handcuffs & leg Restraints By R/O Garcia 09 R/O J. Rodriguez 04 Immediately Began to Punch Me In The Face (on the Right Side) & When his hand Began to hurt, he Began to Brutally Bash My Face Into the Ground Where I Began To Bleed Out. R/O Roman - While On the Ground he Threw Several Closed hand Strikes to The Facial Area & Torso. R/O Garcia 09 - While On the Ground he threw Several Closed hand Strikes to Left Side of the facial Area. R/O Sacuta - While On the Ground he threw Several Closed hand Strikes to the Back of the head & Facial Area. R/O J. Bakowski - While on the Ground he th Several Closed hand Strikes to the Left Side of the Face. And When I Was Being lifted off the With With the handcuff Made a Pointy object at the End & Tried to Poke Me In My Eye But Missed & hit Below the Right Eye Where I Began To Bleed Out Uncontrollably.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**INMATE SIGNATURE:** Christian Gonzalez

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** Johnson
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 11.16.21

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** V. ABNES '692
**SIGNATURE:** [signature]
**DATE REVIEWED:** 11/16/21

CCSAO-GONZALEZ-000110

(FCN-73)(NOV 17)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| 2021x15534 | 701710 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

- ☒ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

Ruc

- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: CPR

**PRINT - INMATE LAST NAME** (Apellido del Preso): GONZALEZ
**PRINT - FIRST NAME** (Primer Nombre): CHRISTIAN
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20190602047
**DIVISION** (División): 9
**LIVING UNIT** (Unidad): 1F
**DATE** (Fecha): 11-9-2021

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 11/5/2021 | 9:30 Pm | Div 9 1F Cell #1231 | C. Pavon, J. Rodriguez04 #17847, J. Bukowski #17007, L. Roman #17991, Garcia #18252, A. Sacuta #17496, J. Carden #17367, Villarreal #3173 |

On November 5, 2021 at 9:30 Pm in Division 9 Tier 1F Cell #1231 Where I, Christian Gonzalez #20190602047 & R/O J. Rodriguez04 Were Involved In a Physical Altercation & While Being Taken To The Ground & Restrained In handcuffs & leg Restraints By R/O Garcia 09 R/O J. Rodriguez 04 Immediately Begin To Punch Me In The Face (on the Right Side) & When his hand Begun to hurt he Begin to Brutally Bash My Face Into the Ground Where I Begin To Bleed Out. R/O Roman - While On the Ground he threw Several Closed hand Strikes to The Facial Area & Torso. R/O Garcia 09 - While On the Ground he threw Several Closed hand Strikes to left Side of the Facial Area. R/O A. Sacuta - While On the Ground he threw Several Closed hand Strikes to the Back of the head & facial Area. R/O J. Bukowski - While on the Ground he threw Several Closed hand Strikes to the Left Side of the Face. And When I Was Being lifted off the With With the handcuff Made a Pointy object at the End & Tried to Poke Me In My Eye But Missed & hit Below the Right Eye Where I Begin To Bleed Out Uncontrollably.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o presos que tengan información:)

**INMATE SIGNATURE:** (Firma del Preso): Christian Gonzalez

---

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** Johnson
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 11.16.21

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** M. Abreu 692
**SIGNATURE:** [signature]
**DATE REVIEWED:** 11/19/21

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



**Cook County Department of Corrections**
**Inmate Services**
**Emergency Grievance Action Review Form**

## GRIEVANCE INFORMATION

| Date Grievance Received: | Grievance Dated: | Grievance Control Number: |
|---|---|---|
| 11-17-21 | 11-9-21 | 2021x15534 |

| Inmate's Name: | Booking Number: |
|---|---|
| Gonzalez, Christian | 2019-0602047 |

| Division / Location: | Housing Assignment: |
|---|---|
| Div 9 | 1F |

### GRIEVANCE SUMMARY

Detainee Gonzalez alleges battery from staff on 11-05-21 on tier 1F.

### INQUIRY FINDINGS & ACTION TAKEN

Incident report #DIV9-2021-20155 was generated along with Use of Force report. Incident report forwarded to O.P.R. for further review.

### REVIEW & APPROVAL

| Superintendent/Designee (Print): | Signature: | Date/Time: |
|---|---|---|
| Lt. Rodriguez #707 | LT. [signature] 707 | 11-17-21 / 2345HRS |
| Assistant Executive Director (Print): | Signature: | Date/Time: |
| AED CARPENTER #5 | [signature] #5 | 18 NOV 21 0707HRS |

E-MAIL OR FORWARD A HARD COPY OF THE COMPLETED ACTION FORM TO THE DESIGNATED ASSISTANT EXECUTIVE DIRECTOR

(FCN-14)(FEB 18)

CCSAO GONZALEZ 000118

Exhibit A Page 16