| Inmate Name: | Gonzalez, Christian A | Inmate #: | 701710 | Booking #: | 20190602047 |

Wednesday, February 02, 2022
4:57:06 PM

# COOK COUNTY SHERIFF'S OFFICE
## BOOKING CARD



Prisoner Type: Pre-Trial

| | | | | | |
|---|---|---|---|---|---|
| Bkg Date/Time: | 6/2/2019 8:10 AM | Hair Color: | Black | Citizen Of: | USA |
| Age: | 23 | Eye Color: | Brown | Birth Place: | USA |
| DOB: | | Height: | 5 ft 7 in | Religion: | None |
| SSN #: | | Weight: | 160 | | |
| FBI #: | 715926DD2 | Build: | Small | | |
| SID #: | IL13928071 | Complex: | Fair | Cell Location: | DIV9-1F-1234-1 |
| IR #: | 1991014 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Arrest Address: | | | | | |
| Home Address: | | City: | State: | Zip: | Phone #: |
| Emergency Name: | | Relationship: | | | |

| CCOMS Case | Type | Docket # | Current Bond | Last Court Date | Court ID |
|---|---|---|---|---|---|
| 466454 | | 2019CR1633801 | $750,000 | 1/24/2022 3:00 PM | Criminal Courts Building |
| | Case Continued | | | | |
| 479328 | | 2020CR0358601 | $0 | 1/18/2022 3:30 PM | Criminal Courts Building |
| | Case Continued | | | | |
| 504909 | | 2020CR0675001 | $100,000 | 1/18/2022 3:30 PM | Criminal Courts Building |
| | Case Continued | | | | |
| 417361 | | 2019CR0894201 | $0 | 1/18/2022 3:30 PM | Criminal Courts Building |
| | Case Continued | | | | |
| 513770 | | 2020CR0786401 | $100,000 | 1/18/2022 3:30 PM | Criminal Courts Building |
| | Case Continued | | | | |
| 573305 | | 2021CR1288101 | $100,000 | 1/18/2022 3:30 PM | Criminal Courts Building |
| | Case Continued | | | | |

| Alias Full Name | Date of Birth | SSN | Associated Booking | Date | Alias Type |
|---|---|---|---|---|---|
| Gonzalez, Christian A | | | 20190602047 | 6/2/2019 | |
| Gonzalez, Christian A | | | 20180315184 | 3/15/2018 | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.
For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@ccsheriff.org

Exhibit C Page 1          CCSAO GONZALEZ 000002

**Gonzalez, Christian A**

| Name | | Number | Date |
|---|---|---|---|
| Gonzalez, Chistian A | ▮▮▮ | 20180315184 | 3/15/2018 |
| Gonzales, Chistian A | ▮▮▮ | 20180315184 | 3/15/2018 |
| Gonzales, Chistian A | ▮▮▮ | 20170731054 | 7/31/2017 |
| GONZALEZ, CHRISTIAN A | ▮▮▮ | 20170731054 | 7/31/2017 |
| GONZALEZ, CHRISTIAN A | ▮▮▮ | 20161206087 | 12/6/2016 |
| Gonzalez, Christian | ▮▮▮ | 20161206087 | 12/6/2016 |
| Gonzalez, Christian | ▮▮▮ | 20160820093 | 8/20/2016 |
| Gonzalez, Christian | ▮▮▮ | 20151006107 | 10/6/2015 |
| Gonzalez, Christian | ▮▮▮ | 20150906221 | 9/6/2015 |
| Gonzalez, Christian | ▮▮▮ | 20140801307 | 10/8/2014 |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@ccsheriff.org

Exhibit C Page 2
CCSAO GONZALEZ 000003