IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**JOINT STATUS REPORT**

Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants, Justo Rodriguez (#17897), Damir Rasic (#17493), Alen Duharkic (#18248), Andrew Sacuta (#17496), John Carden (#17367), Eliud Duran (#3214), Steven Stroh (#17808), Timothy Beyer (#17914), Douglas Contorno (#17467), Justin Van Giesen (#16527), Maciej Krzeminski (#17738), William Filipiak (#17770), Sergeant Sheehan (#3234) (collectively, the "Officer Defendants"), Thomas J. Dart, and Cook County (altogether, "Defendants"), by their attorneys, report as follows pursuant to the Court's November 22, 2024 order (ECF No. 149).

I. **What Additional Discovery Has Been Completed**

   A. ***Depositions.*** Since the parties submitted their previous joint status report on October 19, 2024 (ECF No. 143), Plaintiff has taken the deposition of Defendants William Filipiak (November 22), Maciej Krzeminski (November 19), Andrew Sacuta (November 7), Steven Stroh (October 24), and Justin Van Giesen (November 12).

1

II. **What Discovery Remains**

A. Plaintiff intends to take three additional depositions: Paramedic Bernard McNutt, Defendant Contorno, and a representative of the Cook County Sheriff's Office pursuant to Rule 30(b)(6). Plaintiff has issued a subpoena for Mr. McNutt's deposition on January 3, 2025. Mr. McNutt's counsel, Mr. Branum, has agreed to accept service of a subpoena for Mr. McNutt's deposition, subject to confirmation that Mr. McNutt is available on January 3, 2025.

B. Defendant Contorno was on medical leave until December 9, 2024. The parties are working cooperatively to schedule his deposition prior to the January 6, 2025 discovery deadline and are currently confirming whether January 6, 2025 is workable for all parties.

C. On October 25, 2024, Plaintiff noticed the 30(b)(6) deposition of the Cook County Sheriff's Office. Following an initial meet and confer with counsel for the Sheriff's Office, Plaintiff issued an amended notice on November 29, 2024, and the parties met and conferred for a second time on December 16, 2024. Plaintiff served a second amended notice on December 19, 2024. The 30(b)(6) deposition is currently scheduled for December 30, 2024. However, Defendant Sheriff's Office is considering its options, including whether to move for a protective order regarding the second amended Rule 30(b)(6) notice.

D. The parties anticipate conducting expert discovery following the close of fact discovery.

III. **Whether Any Discovery Disputes Require the Court's Attention**

A. Plaintiff has filed a Motion to Compel Production or Inspection of Grievances in Response to Request for Production No. 8. Defendant Sheriff Dart filed his response on December 13, 2024. Plaintiff will file his reply on December 20, 2024, in accordance with the Court's December 10, 2024 order (ECF No. 154).

Dated: December 19, 2024                             Respectfully submitted,


By: */s/ Andrew W. Vail*                             By: */s/ Samuel D. Branum*
Andrew W. Vail                                       Monica Burkoth
Kaitlin M. Leskovac                                  Samuel D. Branum
Jacob P. Wentzel                                     JOHNSON & BELL, LTD.
Christina T. Lopez                                   33 West Monroe Street, Suite 2700
JENNER & BLOCK LLP                                   (312) 372-0770
353 North Clark Street                               burkothm@jbltd.com
Chicago, IL 60654                                    branums@jbltd.com

2

(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com

*Attorneys for Plaintiff*

*Attorneys for Defendants other than
Defendant Rodriguez and Defendant Beyer*

By: */s/ Oliver Kassenbrock*
Oliver Kassenbrock
Dortricia Penn
Conflicts Counsel Unit
Cook County State's Attorney's Office
50 West Washington, Suite 2760
Chicago, IL 60602
(312) 603-1426
Oliver.kassenbrock@cookcountysao.org
Dortricia.penn@cookcountysao.org

*Attorneys for Defendant Rodriguez*

By: */s/ Jason E. DeVore*
Jason E. DeVore
Erin M. Wright
DeVore Radunsky LLC
230 West Monroe, Suite 230
Chicago, Illinois 60606
(312) 300-4479
jdevore@devoreradunsky.com
ewright@devoreradunsky.com

*Attorneys for Defendant Beyer*