## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Christian A. Gonzalez

                          Plaintiff,

v.                                               Case No.: 1:21−cv−06243

                                                       Honorable Jeffrey I Cummings

J Rodriguez, et al.

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 26, 2024:

        MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report on discovery [158], which indicates that the parties are proceeding with depositions in advance of the 1/6/25 fact discovery deadline. Plaintiff's motion to compel is fully briefed and the Court will either issue a ruling by mail or set a hearing in due course. The parties shall file a joint status report by 1/10/25 confirming the completion of the remaining fact discovery. The 12/23/24 tracking status hearing is stricken and re−set to 1/31/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.