IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>    Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**JOINT STATUS REPORT**

Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants, Justo Rodriguez (#17897), Damir Rasic (#17493), Alen Duharkic (#18248), Andrew Sacuta (#17496), John Carden (#17367), Eliud Duran (#3214), Steven Stroh (#17808), Timothy Beyer (#17914), Douglas Contorno (#17467), Justin Van Giesen (#16527), Maciej Krzeminski (#17738), William Filipiak (#17770), Sergeant Sheehan (#3234) (collectively, the "Officer Defendants"), Thomas J. Dart, and Cook County (altogether, "Defendants"), by their attorneys, report as follows pursuant to the Court's December 26, 2024 order (ECF No. 160).

The Court ordered the parties to "file a joint status report by 1/10/25 confirming the completion of the remaining fact discovery." (*Id.*) The parties confirm that they have completed all fact discovery, with the exception of Mr. Gonzalez's Rule 30(b)(6) deposition of the Cook County Sheriff's Office.

Mr. Gonzalez first noticed the Rule 30(b)(6) deposition of the Cook County Sheriff's Office on October 25, 2024. Following an initial meet and confer with counsel for Sheriff Dart, Mr. Gonzalez served an amended notice on November 29, 2024. The parties met and conferred regarding the amended notice on December 16, 2024, after which Mr. Gonzalez served a second amended notice on December 19, 2024. The parties met and conferred concerning the second amended notice on December 21, 2024. Mr. Gonzalez then served a third amended notice on December 27, 2024, noticing the deposition for December 30, 2024.

On December 27, counsel for Sheriff Dart stated that the Rule 30(b)(6) would not be taking place on December 30, 2024, because the Cook County Sheriff's Office would be moving for a protective order on Mr. Gonzalez's third amended notice. Counsel for Mr. Gonzalez agreed to take the deposition off the calendar on the condition that the Cook County Sheriff's Office would not object to rescheduling the Rule 30(b)(6) deposition for a date after the January 6, 2025 discovery deadline if the parties could reach an agreement, following additional meet and confer efforts, or in the event the Court does not grant a blanket protective order. Counsel for Sheriff Dart agreed.

The parties met and conferred regarding the third amended notice on January 3, 2025. Mr. Gonzalez then served a fourth amended notice on January 5, 2025, noticing the deposition for January 9, 2025. On January 7, 2025, counsel for Sheriff Dart requested the deposition to be taken off the calendar while the Cook County Sheriff's Office evaluated whether to move for a protective order on the fourth amended notice. Counsel for Mr. Gonzalez agreed to take the deposition off the calendar.

As of the filing of this joint status report, the Cook County Sheriff's Office is still evaluating whether to move for a protective order on Mr. Gonzalez's fourth amended notice of

2

Rule 30(b)(6) deposition, and the parties' meet and confer efforts remain ongoing. The parties intend to work together cooperatively to reschedule the deposition for a date in January 2025 in the event that the Cook County Sheriff's Office does not move for a protective order.

| | |
|---|---|
| Dated: January 10, 2025 | Respectfully submitted, |
| By: */s/ Andrew W. Vail* <br> Andrew W. Vail <br> Kaitlin M. Leskovac <br> Jacob P. Wentzel <br> Christina T. Lopez <br> JENNER & BLOCK LLP <br> 353 North Clark Street <br> Chicago, IL 60654 <br> (312) 840-8688 <br> AVail@jenner.com <br> KLeskovac@jenner.com <br> JWentzel@jenner.com <br> CLopez@jenner.com <br><br> *Attorneys for Plaintiff* | By: */s/ Samuel D. Branum* <br> Monica Burkoth <br> Samuel D. Branum <br> JOHNSON & BELL, LTD. <br> 33 West Monroe Street, Suite 2700 <br> (312) 372-0770 <br> burkothm@jbltd.com <br> branums@jbltd.com <br><br> *Attorneys for Defendants other than Defendant Rodriguez and Defendant Beyer* <br><br> By: */s/ Oliver Kassenbrock* <br> Oliver Kassenbrock <br> Dortricia Penn <br> Conflicts Counsel Unit <br> Cook County State's Attorney's Office <br> 50 West Washington, Suite 2760 <br> Chicago, IL 60602 <br> (312) 603-1426 <br> Oliver.kassenbrock@cookcountysao.org <br> Dortricia.penn@cookcountysao.org <br><br> *Attorneys for Defendant Rodriguez* <br><br> By: */s/ Jason E. DeVore* <br> Jason E. DeVore <br> Erin M. Wright <br> DeVore Radunsky LLC <br> 230 West Monroe, Suite 230 <br> Chicago, Illinois 60606 <br> (312) 300-4479 <br> jdevore@devoreradunsky.com <br> ewright@devoreradunsky.com <br><br> *Attorneys for Defendant Beyer* |