**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Christian A. Gonzalez
                              Plaintiff,

v.                                                 Case No.: 1:21−cv−06243
                                                        Honorable Jeffrey I Cummings

J Rodriguez, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 16, 2025:

        MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [162], which indicates that the parties have completed all fact discovery with the exception of plaintiff's Rule 30(b)(6) deposition of the Cook County Sheriff's Office, about which the parties are continuing to meet and confer. Also outstanding is the parties' dispute addressed in the fully briefed motion to compel. The parties shall file an updated joint status report regarding the Rule 30(b)(6) deposition by 2/7/25. The 1/31/25 tracking status hearing is stricken and re−set to 2/21/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.