IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>  Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**JOINT STATUS REPORT**

Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants, Justo Rodriguez (#17897), Damir Rasic (#17493), Alen Duharkic (#18248), Andrew Sacuta (#17496), John Carden (#17367), Eliud Duran (#3214), Steven Stroh (#17808), Timothy Beyer (#17914), Douglas Contorno (#17467), Justin Van Giesen (#16527), Maciej Krzeminski (#17738), William Filipiak (#17770), Sergeant Sheehan (#3234) (collectively, the "Officer Defendants"), Thomas J. Dart, and Cook County (altogether, "Defendants"), by their attorneys, report as follows pursuant to the Court's January 16, 2025 order (ECF No. 163).

The Court ordered the parties to "file an updated joint status report regarding the Rule 30(b)(6) deposition [of the Cook County Sheriff's Office] by 2/7/25." (*Id.*) The parties provide the following updates since their last joint status report was filed on January 10, 2025 (ECF No. 162).

1

On Friday, January 31, 2025, the Cook County Sheriff's Office confirmed its agreement to a compromise proposal with respect to the topics in Mr. Gonzalez's Fourth Amended Notice of Rule 30(b)(6) Deposition, involving the Sheriff's Office providing oral deposition testimony for four of the nine topics and providing written responses for the remaining five topics. The Sheriff's Office served written responses for those five deposition topics on Monday, February 3, 2025, and produced materials referenced in those responses on Thursday, February 6, 2025. As of this filing, Mr. Gonzalez is evaluating the written responses and materials and reserves all rights.

The Sheriff's Office is currently working to identify whom to designate for each of the remaining topics. The parties will then work cooperatively to schedule the deposition for the earliest available mutually agreeable date, which they anticipate being in the month of February.

Dated: February 7, 2025

Respectfully submitted,

By: /s/ *Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com

*Attorneys for Plaintiff*

By: /s/ *Samual D. Branum*
Monica Burkoth
Samuel D. Branum
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
(312) 372-0770
burkothm@jbltd.com
branums@jbltd.com

*Attorneys for Defendants other than Defendant Rodriguez and Defendant Beyer*

By: /s/ *Oliver Kassenbrock*
Oliver Kassenbrock
Dortricia Penn
Conflicts Counsel Unit
Cook County State's Attorney's Office
50 West Washington, Suite 2760
Chicago, IL 60602
(312) 603-1426
Oliver.kassenbrock@cookcountysao.org
Dortricia.penn@cookcountysao.org

*Attorneys for Defendant Rodriguez*

By: /s/ *Jason E. DeVore*
Jason E. DeVore
Erin M. Wright
DeVore Radunsky LLC
230 West Monroe, Suite 230
Chicago, Illinois 60606
(312) 300-4479
jdevore@devoreradunsky.com
ewright@devoreradunsky.com

*Attorneys for Defendant Beyer*