MR

Att: To whom it may Concern

Case Numbers:
23-CV-15743
23-CV-15921
23-CV-03152
21-CV-6243

Hi. My Name is Christian Gonzalez. I have (4) Pending Civil Cases. I have Changed of Address From Cook County Jail 2700 S. California Ave Chicago, IL 60608 to the Following Address below:

Christian Gonzalez
Knox County Jail
152 S. Kellogg Street
Galesburg, IL 61401

FILED
FEB 11 2025 LJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Christian GONZALEZ
Knox County Jail
152 S. Kellogg Street
Galesburg, IL 61401

FECHA IL
616
31 JAN 2025
PM 1 T

RECEIVED

FEB 11 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoners Correspondence
Clerk's office
U.S. District Courthouse
219 South Dearborn Street
Chicago, IL 60604



KNOX COUNTY JAIL
152 S. Kellogg Street
Galesburg, IL 61401

6140184706



