# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN GONZALEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 21 C 6243 |
| ) | |
| J. RODRIGUEZ, #17897, D. RASIC, ) | Judge Jeffery I. Cummings |
| A. SACUTA, #17496, J. CARDEN #17367, ) | |
| E. DURAN, #3214, S. STROH #17809, ) | |
| J. CHAVEZ, T. BEYER, B. CONTORNO, ) | |
| A. DUHARKIC, J. VAN GIESEN, ) | |
| M. KRZEMINSKI, W. FILIPIAK, ) | |
| SERGEANT SHEEHAN, ) | |
| THOMAS J. DART, and COOK COUNTY ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **February 12, 2025,** Special Assistant Cook County State's Attorney Erin M. Wright withdrew their appearance for Defendant Office T. Beyer**,** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Jorie R. Johnson., substituted her appearance for said Defendant.

Respectfully Submitted,

DeVore Radunsky LLC

By: */s/ Jorie R. Johnson*
Jorie R. Johnson (6325695)
Special Assistant State's Attorney
230 W Monroe St, Ste 230
Chicago, IL 60606
312-300-4479
Email: jjohnson@devoreradunsky.com

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby certifies that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** The **WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **February 12, 2025**.

/s/*Jorie R. Johnson*