## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Gonzalez vs. Rodriguez, et. al

Case Number: 21-CV-6243

An appearance is hereby filed by the undersigned as attorney for:

Ofc. Timothy Beyer aka Ofc. T. Beyer

Attorney name (type or print): Jorie R. Johnson

Firm: DeVore Radunsky LLC

Street address: 230 W Monroe Ste 230

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6325695
(See item 3 in instructions)

Telephone Number: 3123004479

Email Address: jjohnson@devoreradunsky.com

Are you acting as lead counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's general bar?  ☑ Yes  ☐ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

Are you appearing *pro hac vice*?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/12/25

Attorney signature: S/ Jorie R. Johnson
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023