**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>    Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**JOINT STATUS REPORT**

Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants, Justo Rodriguez (#17897), Damir Rasic (#17493), Alen Duharkic (#18248), Andrew Sacuta (#17496), John Carden (#17367), Eliud Duran (#3214), Steven Stroh (#17808), Timothy Beyer (#17914), Douglas Contorno (#17467), Justin Van Giesen (#16527), Maciej Krzeminski (#17738), William Filipiak (#17770), Sergeant Sheehan (#3234) (collectively, the "Officer Defendants"), Thomas J. Dart, and Cook County (altogether, "Defendants"), by their attorneys, report as follows regarding Plaintiff's Rule 30(b)(6) deposition of the Cook County Sheriff's Office pursuant to the Court's February 14, 2025 order (ECF No. 168).

As of the parties' previous joint status report, the Cook County Sheriff's Office was working to identify whom to designate for the topics for which the Sheriff's Office did not provide written responses. The Sheriff's Office ultimately designated two individuals to testify to those

topics, one on March 12, 2025 and the other on March 14, 2025. Based on the availability of the witnesses and counsel, the parties have scheduled the depositions for April 2, 2025 and April 25, 2025, respectively. Additionally, on February 21, 2025, Plaintiff has requested that the Sheriff's Office supplement its written responses to two topics. On March 11, 2025, the Sheriff's Office agreed to supplement its written responses as requested. The parties anticipate that the Sheriff's Office will supplement its written responses within the next few weeks.

Dated: March 19, 2025

Respectfully submitted,

By: */s/ Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com

*Attorneys for Plaintiff*

By: */s/ Samuel D. Branum*
Monica Burkoth
Samuel D. Branum
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
(312) 372-0770
burkothm@jbltd.com
branums@jbltd.com

*Attorneys for Defendants other than Defendant Rodriguez and Defendant Beyer*

By: */s/ Oliver Kassenbrock*
Oliver Kassenbrock
Dortricia Penn
Conflicts Counsel Unit
Cook County State's Attorney's Office
50 West Washington, Suite 2760
Chicago, IL 60602
(312) 603-1426
Oliver.kassenbrock@cookcountysao.org
Dortricia.penn@cookcountysao.org

*Attorneys for Defendant Rodriguez*

By: */s/ Jason E. DeVore*
Jason E. DeVore
Jorie R. Johnson
DeVore Radunsky LLC
230 West Monroe, Suite 230

2

Chicago, Illinois 60606
(312) 300-4479
jdevore@devoreradunsky.com
jjohnson@devoreradunsky.com

*Attorneys for Defendant Beyer*