**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Christian A. Gonzalez

                 Plaintiff,

v.                                       Case No.: 1:21−cv−06243

                                       Honorable Jeffrey I Cummings

J Rodriguez, et al.

                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 4, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [169], which indicates that the parties have scheduled the depositions of two recently identified Sheriff's Office witnesses. Those depositions and the remaining supplemental written discovery shall be completed by 5/2/25. By 5/14/25, the parties shall file a joint status report confirming the completion of all fact discovery, excluding the issues raised in the pending motion to compel, which the Court will resolve in due course. The 4/4/25 tracking status hearing is stricken and re−set to 5/23/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.