IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| -*vs*- ) | Case No. 21-cv-6243 |
| ) | |
| JUSTO RODRIGUEZ et al., ) | Judge Jeffrey I. Cummings |
| ) | Magistrate Judge Maria Valdez |
| *Defendants.* ) | |
| ) | |

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**

Defendants, by their respective attorneys, jointly move for an extension of time to answer Plaintiff's amended complaint in accordance with the Court's May 13, 2025, order. In support of their motion, Defendants state as follows:

1. On May 13, 2025, the Court denied Defendants' motion to dismiss Plaintiff's amended complaint. (Memo. Op. & Order, ECF No. 172.) The Court ordered Defendants to answer the amended complaint by May 21, 2025. (*Id.*)

2. Plaintiff's amended complaint is eighteen pages long and contains seventy-seven numbered paragraphs. (Am. Compl., ECF No. 84.) Plaintiff has sued fifteen defendants who must answer Plaintiff's amended complaint (Defendant John Chavez was dismissed on December 17, 2024). (*Id.*)

3. Given the number of allegations Defendants must respond to and the number of defendants defense counsel must coordinate with to answer the amended complaint, as well as defense counsel's commitments in other cases, Defendants respectfully request a short extension of time to answer the amended complaint. While an additional two weeks may be sufficient,

Defendants request an extension of three weeks to avoid having to move for another extension, should it become necessary, for example, if one of the defendants is on vacation.

4. This additional time will allow defense counsel to adequately answer the substance of Plaintiff's allegations while coordinating with a large number of defendants.

5. This motion is not brought for the purpose of delay but rather to provide Defendants additional time to answer Plaintiff's amended complaint and to litigate this matter on its merits.

6. Defense counsel shared a draft of this motion with Plaintiff's counsel, who stated that he does not oppose the motion.

WHEREFORE, Defendants respectfully request that this Honorable Court grant them an extension of three weeks, up to and including June 11, 2025, to answer Plaintiff's amended complaint.

Dated: May 16, 2025

Respectfully submitted,

/s/ *Samuel D. Branum*
Monica Burkoth
Samuel D. Branum
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
(312) 372-0770
burkothm@jbltd.com
branums@jbltd.com

*Attorneys for Defendants other than Defendant Rodriguez and Defendant Beyer*

/s/ *Oliver Kassenbrock*
Oliver Kassenbrock
Dortricia Penn
Conflicts Counsel Unit
Cook County State's Attorney's Office
50 West Washington, Suite 2760
Chicago, IL 60602
(312) 603-1426

Oliver.kassenbrock@cookcountysao.org
Dortricia.penn@cookcountysao.org

*Attorneys for Defendant Rodriguez*

/s/ *Jorie R. Johnson*
Jason E. DeVore
Jorie R. Johnson
DeVore Radunsky LLC
230 West Monroe, Suite 230
Chicago, Illinois 60606
(312) 300-4479
jdevore@devoreradunsky.com
jjohnson@devoreradunsky.com

*Attorneys for Defendant Beyer*