**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN A. GONZALEZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| -*vs*- ) | Case No. 21-cv-6243 |
| ) | |
| JUSTO RODRIGUEZ et al., ) | Judge Jeffrey I. Cummings |
| ) | Magistrate Judge Maria Valdez |
| *Defendants.* ) | |
| ) | |

## DEFENDANT SHERIFF DART'S MOTION FOR EXTENSION OF TIME TO FILE A SUPPLEMENTAL MEMORANDUM

Defendant, THOMAS J. DART, in his official capacity as Sheriff of Cook County, by his attorney EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her Special Assistant State's Attorneys, JOHNSON & BELL, LTD., moves for an extension of time to file a supplemental memorandum and accompanying declaration in accordance with the Court's May 15, 2025, order. In support of his motion, Defendant states as follows:

1. On May 15, 2025, the Court ordered Defendants to file a supplemental memorandum and accompanying declaration providing the information outlined in the Court's order. (Order, ECF No. 174.) The Court ordered Defendants to file the supplemental memorandum by May 29, 2025. (*Id.*)

2. Defendant Sheriff's Office has been diligently investigating the information requested by the Court. Defendant anticipated being able to submit the requested information with an accompanying declaration by today, but due to last-minute inquiries regarding some of the information, Defendant was unable to finalize the supplemental memorandum by today.

3. One of the items requested by the Court is the name of the case from which the yearly estimated grievance totals came. That case is *Henneberg v. Dart*, 19-cv-7380 (N.D. Ill.).

4. Defendant is still investigating the other information requested by the Court and respectfully requests an additional one week to finalize the supplemental memorandum with an accompanying declaration. The declaration will also include an attestation regarding the above-identified case.

5. This motion is not brought for the purpose of delay but rather to provide Defendant Sheriff's Office additional time to investigate the information requested by the Court.

WHEREFORE, Defendant Sheriff's Office respectfully requests that this Honorable Court grant a one-week extension of time, up to and including June 5, 2025, to file a supplemental memorandum and accompanying declaration.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

Dated: May 29, 2025

/s/ *Samuel D. Branum*
Special Assistant State's Attorney

Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770