**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Christian A. Gonzalez
        Plaintiff,

v.                Case No.: 1:21−cv−06243
                 Honorable Jeffrey I Cummings

J Rodriguez, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2025:

  MINUTE entry before the Honorable Jeffrey I Cummings: Defendant's motion for extension of time to file supplemental memorandum [179] is granted. Defendant shall file the supplemental memorandum by 6/5/25. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.