IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN A. GONZALEZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -*vs*- | ) | Case No. 21-cv-6243 |
| | ) | |
| JUSTO RODRIGUEZ et al., | ) | Judge Jeffrey I. Cummings |
| | ) | Magistrate Judge Maria Valdez |
| *Defendants.* | ) | |
| | ) | |

## DECLARATION OF KHARA COLEMAN

I, KHARA COLEMAN, Deputy General Counsel for the Office of the Cook County Sheriff, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that if called upon to testify at trial, hearing, or deposition, I would testify as follows, on behalf of the Office of the Cook County Sheriff:

1. The yearly estimated grievance totals that were submitted to the Court in response to Plaintiff's motion to compel were identified in the case *Henneberg v. Dart*, 19-cv-7380 (N.D. Ill.).

2. The Cook County Sheriff's Office "Office of Professional Review" (OPR) does not maintain a separate, electronic repository of forwarded grievances alleging officer physical misconduct against a detainee.

3. OPR does maintain investigative files concerning employee misconduct, and while OPR has such files going back to 2008, most of these files are not in an electronic format. For the time period 2018 to 2020, only the investigative files from 2020 are stored electronically.

1

4.  Based on historical data maintained by OPR, the estimated yearly total of investigative files (both paper and electronic), where such investigations were initiated by detainee grievances that allege officer misconduct are as follows:

- 2018 – 415
- 2019 – 362
- 2020 – 397

5.  Grievances may also be sent to OPR as an attachment to an email. The retention of these grievances are governed by the electronic retention policies of the Cook County Sheriff's Office (CCSO). Emails on the exchange server can be searched going back to 2018 (or earlier). All 2018 to 2020 emails have been maintained under current policies and practices.

6.  With the exception of Paragraph 1, my knowledge of the statements provided herein is not based on my personal involvement, personal knowledge, sole or personal recollection, records, or memory, but rather is based on reviewing records and documents in possession of the Cook County Sheriff's Office, and consulting persons employed in the Cook County Sheriff's Office. However, my knowledge of the statements in Paragraph 1 is based on my personal knowledge and involvement in *Henneberg v. Dart*, 19-cv-7380 (N.D. Ill.). I have direct knowledge concerning the discovery in *Henneberg* as in-house counsel, although outside counsel conducted any document review.

Dated: June 5, 2025    /s/_____
　　　　　　　　　　　　　Khara Coleman
　　　　　　　　　　　　　Deputy General Counsel
　　　　　　　　　　　　　Department of Legal & Labor Affairs
　　　　　　　　　　　　　Cook County Sheriff's Office