**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN A. GONZALEZ, | |
| Plaintiff, | No. 21 CV 6243 |
| vs. | Hon. Jeffrey I. Cummings |
| JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY, | |
| Defendants. | |

**JOINT MOTION FOR EXTENSION OF TIME
TO SUBMIT JOINT STATUS REPORT**

Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants, Justo Rodriguez (#17897), Damir Rasic (#17493), Alen Duharkic (#18248), Andrew Sacuta (#17496), John Carden (#17367), Eliud Duran (#3214), Steven Stroh (#17808), Timothy Beyer (#17914), Douglas Contorno (#17467), Justin Van Giesen (#16527), Maciej Krzeminski (#17738), William Filipiak (#17770), Sergeant Sheehan (#3234) (collectively, the "Officer Defendants"), Thomas J. Dart, and Cook County (altogether, "Defendants"), by their respective attorneys, hereby jointly move the Court to extend the deadline for the parties to file a Joint Status Report by two weeks, from June 12 to June 26, 2025. (*See* ECF No. 174, at 3.) In support of their motion, the parties state as follows:

1. Following consideration of Plaintiff's Motion to Compel and related briefing, the Court ordered Defendants to file a supplemental memorandum related to Plaintiff's RFP No. 8 by

1

Case: 1:21-cv-06243 Document #: 182 Filed: 06/09/25 Page 2 of 4 PageID #:721

May 29, 2025. (ECF No. 174, at 3.) The Court further ordered the parties to file a Joint Status Report on June 12, 2025, "confirming the completion of their meet and confer efforts, indicating whether they have fully resolved or otherwise narrowed the dispute surrounding RFP No. 8, and (if their dispute is not fully resolved) stating their respective positions on the remaining issues in contest." (*Id.* at 3.)

2.      On May 29, 2025, Defendant Sheriff Dart filed a motion seeking a one week extension of the May 29, 2025 deadline to June 5, 2025 to conduct further investigation relating to that supplemental memorandum. (ECF No. 179.) The Court granted that motion on June 2, 2025. (ECF No. 180.) Defendant Dart timely filed his supplemental memorandum with the extension on June 5, 2025. (ECF No. 181.) Plaintiff is conducting a prompt review of the supplemental materials.

3.      The parties jointly seek additional time to meet and confer concerning the contents of the supplemental memorandum before updating the Court in the ordered Joint Status Report. The parties intend to work cooperatively to discuss the dispute surrounding RFP No. 8, in view of the supplemental materials and consistent with the Court's May 14, 2025 Order. (ECF No. 174.)

4.      Federal Rule of Civil Procedure 16(b)(4) provides that the Court may modify a schedule "for good cause." Fed. R. Civ. P. 16(b)(4). Here, the parties submit that there is good cause to extend the Joint Status Report deadline two weeks to June 26, 2025. Such an extension would permit both parties to meaningfully meet and confer, to explore narrowing their dispute, and to accommodate the pre-planned international travel of Plaintiff's lead, appointed counsel, who returns June 11, 2025.

5.     The Parties have demonstrated the ability to collaborate and resolve fact discovery disputes through past meet and confer efforts, and endeavor to continue doing so regarding RFP No. 8.  (*See, e.g.*, ECF No. 143.)

WHEREFORE, the parties respectfully request that the Court enter an order extending the deadline to submit Joint Status Report by 14 days, from June 12, 2025 to June 26, 2025.

Dated: June 9, 2025

By: */s/ Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com

*Attorneys for Plaintiff*

Respectfully submitted,

By: */s/ Samuel D. Branum*
Monica Burkoth
Samuel D. Branum
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
(312) 372-0770
burkothm@jbltd.com
branums@jbltd.com

*Attorneys for Defendants other than
Defendant Rodriguez and Defendant Beyer*

By: */s/ Oliver Kassenbrock*
Oliver Kassenbrock
Dortricia Penn
Conflicts Counsel Unit
Cook County State's Attorney's Office
50 West Washington, Suite 2760
Chicago, IL 60602
(312) 603-1426
Oliver.kassenbrock@cookcountysao.org
Dortricia.penn@cookcountysao.org

*Attorneys for Defendant Rodriguez*

By: */s/ Jason E. DeVore*
Jason E. DeVore
Jorie R. Johnson
DeVore Radunsky LLC
230 West Monroe, Suite 230
Chicago, Illinois 60606
(312) 300-4479
jdevore@devoreradunsky.com
jjohnson@devoreradunsky.com

*Attorneys for Defendant Beyer*