# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Christian A. Gonzalez

                        Plaintiff,

v.                                          Case No.: 1:21−cv−06243
                                                   Honorable Jeffrey I Cummings

J Rodriguez, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: By 6/24/25, the parties shall file a joint status report confirming that they are interested in participating in a global settlement conference (as represented in Case No. 23−cv−15921) with the assigned Magistrate Judge. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.