IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN A. GONZALEZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -*vs*- | ) | Case No. 21-cv-6243 |
| | ) | |
| JUSTO RODRIGUEZ et al., | ) | Judge Jeffrey I. Cummings |
| | ) | Magistrate Judge Maria Valdez |
| *Defendants.* | ) | |
| | ) | |

## JOINT STATUS REPORT

The parties, by their respective counsel, submit the following joint status report in accordance with the Court's June 17, 2025, minute entry regarding a global settlement conference. (Minute Entry, ECF No. 199.)

1. Defendants are not interested in participating in a global settlement conference at this time.

2. Plaintiff's pro bono counsel understands that their client, Mr. Gonzalez, may have agreed to participate in global settlement discussions, via a filing from defense counsel in Mr. Gonzalez's other case, *Gonzalez v. Cagbabanua* (23-cv-15921), in which Mr. Gonzalez represents himself *pro se*. *See Gonzalez v. Cagbabanua* (23-cv-15921) (ECF No. 43) ("Defendants responded to Plaintiff's Settlement Demand on April 18, 2025. Defendants are interested in participating in a global settlement conference with the assigned Magistrate Judge.").

3. Plaintiff's counsel is open to the idea of global settlement discussions and has scheduled a call with Mr. Gonzalez tomorrow, June 25, 2025, to confirm his interest in participating in a global settlement conference. Plaintiff's counsel will update the Court as to their client's position concerning participation in a global settlement conference following that call.

1

Dated: June 24, 2025 Respectfully submitted,

By: */s/ Andrew W. Vail (with consent)*  
Andrew W. Vail  
Kaitlin M. Leskovac  
Jacob P. Wentzel  
Christina T. Lopez  
JENNER & BLOCK LLP  
353 North Clark Street  
Chicago, IL 60654  
(312) 840-8688  
AVail@jenner.com  
KLeskovac@jenner.com  
JWentzel@jenner.com  
CLopez@jenner.com  

*Attorneys for Plaintiff*

By: */s/ Samuel D. Branum*  
Monica Burkoth  
Samuel D. Branum  
JOHNSON & BELL, LTD.  
33 West Monroe Street, Suite 2700  
(312) 372-0770  
burkothm@jbltd.com  
branums@jbltd.com  

*Attorneys for Defendants other than Defendant Rodriguez and Defendant Beyer*

By: */s/ Oliver Kassenbrock (with consent)*  
Oliver Kassenbrock  
Dortricia Penn  
Conflicts Counsel Unit  
Cook County State's Attorney's Office  
50 West Washington, Suite 2760  
Chicago, IL 60602  
(312) 603-1426  
Oliver.kassenbrock@cookcountysao.org  
Dortricia.penn@cookcountysao.org  

*Attorneys for Defendant Rodriguez*

By: */s/ Jason E. DeVore (with consent)*  
Jason E. DeVore  
Jorie R. Johnson  
DeVore Radunsky LLC  
230 West Monroe, Suite 230  
Chicago, Illinois 60606  
(312) 300-4479  
jdevore@devoreradunsky.com  
jjohnson@devoreradunsky.com  

*Attorneys for Defendant Beyer*