IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>　　　　　Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**JOINT STATUS REPORT**

　　　　Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants Thomas J. Dart, and Cook County, by their attorneys, report as follows pursuant to the Court's May 14, 2025 and June 10, 2025 orders (ECF Nos. 174, 183).

　　　　1.　　After reviewing Defendant Thomas J. Dart's supplemental filing and conferring internally once their lead counsel returned from pre-planned international travel on June 11, 2025 (*see* ECF No. 183 ¶ 4), Plaintiff's counsel sent a proposal to resolve Plaintiff's motion to compel to counsel for Defendant Dart by email on June 17, 2025.

　　　　2.　　Defendant Dart's counsel responded with a counterproposal on June 23, 2025.

　　　　3.　　The parties met and conferred regarding the proposals this afternoon, June 26, 2025. The parties were unable to resolve their dispute, but agreed to continue to work together to discuss alternative options for reaching an agreement without Court intervention and, subject to the

1

Court's allowance, to continue conferring about a potential resolution of Plaintiff's motion to compel.

4. Accordingly, to allow for continued discussion of Plaintiff's proposals and a potential resolution, the parties respectfully request that the Court grant them an additional two weeks, until July 11, 2025, to exhaust their meet and confer efforts and to file a joint status report indicating the completion of those efforts pursuant to the Court's May 14, 2025 order.

Dated: June 26, 2025

By: */s/ Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com

*Attorneys for Plaintiff*

Respectfully submitted,

By: */s/ Samuel D. Branum*
Monica Burkoth
Samuel D. Branum
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
(312) 372-0770
burkothm@jbltd.com
branums@jbltd.com

*Attorneys for Defendants other than Defendant Rodriguez and Defendant Beyer*