# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

## JOINT STATUS REPORT

Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendant Thomas J. Dart, by his attorneys, report as follows pursuant to the Court's May 14 and June 10, 2025 orders (ECF Nos. 174, 183) and the parties' June 26, 2025 Joint Status Report (ECF No. 201).

1. Since their most recent status report, the parties have continued to work together to discuss a potential resolution of Plaintiff's motion to compel. After further considering Defendant Dart's counterproposal (*see id.* ¶ 2), Plaintiff's counsel rejected that proposal and made a further counterproposal to Defendant Dart's counsel. However, Defendant Dart requires additional time to consider Plaintiff's counterproposal.

2. Accordingly, to allow the parties to complete their discussion and exhaust their efforts to meet and confer regarding a potential resolution of the motion to compel, the parties respectfully request an additional two weeks, until July 25, 2025, to submit a final joint status

report indicating the completion of those efforts pursuant to the Court's May 14, 2025 order. The parties represent that this is their final request for additional time to exhaust their meet and confer efforts.

| | |
|---|---|
| Dated: July 11, 2025 | Respectfully submitted, |
| By: */s/ Andrew W. Vail* <br> Andrew W. Vail <br> Kaitlin M. Leskovac <br> Jacob P. Wentzel <br> Christina T. Lopez <br> JENNER & BLOCK LLP <br> 353 North Clark Street <br> Chicago, IL 60654 <br> (312) 840-8688 <br> AVail@jenner.com <br> KLeskovac@jenner.com <br> JWentzel@jenner.com <br> CLopez@jenner.com <br><br> *Attorneys for Plaintiff* | By: */s/ Samuel D. Branum* <br> Monica Burkoth <br> Samuel D. Branum <br> JOHNSON & BELL, LTD. <br> 33 West Monroe Street, Suite 2700 <br> (312) 372-0770 <br> burkothm@jbltd.com <br> branums@jbltd.com <br><br> *Attorneys for Defendants other than Defendant Rodriguez and Defendant Beyer* |