# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Christian A. Gonzalez
        Plaintiff,

v.                Case No.: 1:21−cv−06243
                Honorable Jeffrey I Cummings

J Rodriguez, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2025:

  MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' recent joint status reports [201] [202]. The parties are continuing their efforts to resolve the issues raised in plaintiff's motion to compel and the Court encourages them to do so. The parties shall file a joint status report by 7/25/25. The previously set 6/27/25 tracking status hearing is stricken and re−set to 8/18/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.