**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Christian A. Gonzalez

                        Plaintiff,

v.                                             Case No.: 1:21−cv−06243

                                                      Honorable Jeffrey I Cummings

J Rodriguez, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2025:

        MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [204]. Defense counsel's request for additional time to confer with his client is granted. Defendant may file its supplement to the status report (not to exceed three pages) by 7/29/25. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.