IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN A. GONZALEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 21-cv-06243 |
| | ) | |
| | ) | |
| | ) | Judge Jeffrey I. Cummings |
| | ) | |
| J. RODRIGUEZ, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION FOR SUBSTITUTION OF COUNSEL

**NOW COMES Defendant TIMOTHY BEYER, by and through his undersigned counsel,** and pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois and the Court's Standing Orders, respectfully moves this Court for entry of an Order substituting Ahmed A. Kosoko of Kosoko Law Group LLC as counsel of record in place of attorneys Jason Edward DeVore and Jorie R. Johnson of DeVore Radunsky LLC. In support thereof, Defendant states as follows::

1. Defendant Timothy Beyer was previously represented in this matter by Jason Edward DeVore and Jorie R. Johnson of DeVore Radunsky LLC, who have appeared and actively participated in the litigation.

2. Defendant Beyer has retained Ahmed A. Kosoko of Kosoko Law Group LLC to assume his representation in this matter.

3. Attorney Ahmed A. Kosoko is a member in good standing of the General Bar of the United States District Court for the Northern District of Illinois and has filed his appearance on behalf of Defendant Beyer.

4. All parties to this motion, including the client and both incoming and outgoing counsel, consent to this substitution.

5. This motion is submitted in accordance with Local Rule 83.17(b), which permits substitution of attorneys upon motion stating that the substitution is with the consent of the client and attorneys involved.

6. Granting this motion will not cause delay or prejudice to any party and will allow Defendant Beyer to continue to be appropriately represented in this action.

**WHEREFORE**, Defendant Timothy Beyer respectfully requests that this Honorable Court enter an Order:

a. Granting this Agreed Motion for Substitution of Counsel;

b. Substituting Ahmed A. Kosoko of Kosoko Law Group LLC as counsel of record for Defendant Timothy Beyer;

c. Granting leave for Jason Edward DeVore and Jorie R. Johnson of DeVore Radunsky LLC to withdraw their appearances; and

d. Granting such further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Ahmed A. Kosoko*
Ahmed A. Kosoko (ARDC #6283290)
KOSOKO LAW GROUP LLC
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
Phone: (312) 855-1690
Email: akosoko@kosokolaw.com
Counsel for Defendant Timothy Beyer

*/s/ Jason Edward DeVore*
Jason Edward DeVore
DEVORE RADUNSKY LLC
230 W. Monroe, Suite 230
Chicago, IL 60606
Phone: (312) 300-4479
Email: jdevore@devoreradunsky.com
Withdrawing Counsel for Defendant Timothy Beyer

*/s/ Jorie R. Johnson*
Jorie R. Johnson
DEVORE RADUNSKY LLC
230 W. Monroe, Suite 230
Chicago, IL 60606
Phone: (312) 300-4483
Email: jorie.johnson13@yahoo.com
Withdrawing Counsel for Defendant Timothy Beyer

Dated: August 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I electronically filed the foregoing **Agreed Motion for Substitution of Counsel** with the Clerk of the Court using the **CM/ECF system**, which will send notification of such filing to all attorneys of record who are registered to receive electronic notices via CM/ECF.

Respectfully submitted,

**/s/ Ahmed A. Kosoko**
Ahmed A. Kosoko
KOSOKO LAW GROUP LLC
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
Phone: (312) 855-1690
Email: akosoko@kosokolaw.com
Counsel for Defendant Timothy Beyer