# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Christian A. Gonzalez

                    Plaintiff,

v.                                           Case No.: 1:21−cv−06243

                                                             Honorable Jeffrey I Cummings

J Rodriguez, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Defendant Beyer's motion for substitution of counsel [209] is granted. With respect to defendant Timothy Beyer, attorney Ahmed A. Kosoko of Kosoko Law Group LLC is substituted as counsel of record for attorneys Jason Edward DeVore and Jorie R. Johnson of DeVore Radunsky LLC. Attorneys DeVore and Johnson are terminated as counsel for defendant Beyer. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.