MR

FILED
AUG 25 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondence,

I, Christian Gonzalez, A plaintiff in Gonzalez v. Cagbabanua, et. al., Case no. 23-CV-15921; Gonzalez v. Rodriguez, et.al., Case no. 23-CV-3152; Gonzalez v. Marquez, et. al., Case No. 23-CV-15743, And Gonzalez v. Rodriguez, et. al., Case No. 21-CV-06243, have changed Addresses from 2700 S. California Ave, Chicago, IL 60608 to the following Address Below:

Christian A. Gonzalez
Grundy County Jail
111 E. Washington Street
Morris, IL 60450

Respectfully Submitted,

/s/ Christian Gonzalez (Pro Se)
Grundy County Jail
111 E. Washington Street
Morris, IL 60450

Christian A. Gonzalez
Grundy County Jail
111 E. Washington Street
Morris, IL 60450

RECEIVED
AUG 25 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

LEGAL MAIL



LEGAL MAIL



