IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>    Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**JOINT STATUS REPORT**

    Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants Thomas J. Dart, and Cook County, by their attorneys, report as follows pursuant to the Court's July 30, 2025 order (ECF No. 207).

    1.    Pursuant to the Court's July 30 order, Plaintiff's appointed, pro bono counsel has undertaken review of the voluminous detainee grievances electronically scanned in *Henneberg v. Dart*, 19−cv−7380 (N.D. Ill.) and produced by counsel for the Cook County Sheriff's Office. (ECF No. 207). As of this report, Plaintiff's counsel has conducted a first-level review of more than 94% of those grievances, with more than 15 lawyers from Jenner & Block LLP assisting in that review.

    2.    After reviewing approximately 75% of those handwritten grievances, on September 9, 2025, Plaintiff's counsel made a preliminary request for Office of Professional Review ("OPR")

1

files from the Sheriff's Office for incidents that involved or potentially involved allegations of correctional officers physically assaulting detainees in or around the Division 9 elevators of the Cook County Jail. (*See* ECF No. 207) ("If plaintiff determines from his review of the *Henneberg* grievances that further narrowed requests for specific OPR files from 2017−2019 may be appropriate, the parties shall meet and confer in an attempt to agree regarding such supplemental production."). Plaintiff's counsel reserved and continues to reserve the right to request additional OPR files, as review of the *Henneberg* grievances is ongoing.

3. Counsel for Defendant is currently engaging with the Sheriff's Office to determine Defendant's position on producing the requested OPR files.

4. In addition, also pursuant to that same order, Defendant's counsel timely produced the OPR files involving allegations of detainees being assaulted by officers in the Division 9 elevators from January 1 to May 7, 2020. (ECF No. 207) ("[B]ecause the *Henneberg* grievances do not include grievances from 2020 . . . Defendant is directed to review and produce OPR files responsive to plaintiff's RFP No. 8 . . . from January 1, 2020 through May 7, 2020. . .").

5. The parties continue to meet and confer in order to resolve outstanding questions surrounding the Sheriff's Office provision of OPR files to Plaintiff, and Plaintiff is finalizing review of the *Henneberg* grievances. To facilitate this process, the parties respectfully request a three-week extension of the Court's September 17, 2025 deadline to file a joint status report confirming the completion of this remaining fact discovery, providing an agreed upon expert discovery schedule (if required), and indicating whether the parties are interested in a settlement conference with the assigned Magistrate Judge. (*See* ECF No. 207). On or before October 8, 2025, the parties will file another joint status report.

Dated: Sept. 17, 2025

By: */s/ Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com

*Attorneys for Plaintiff
Christian Gonzalez*

Respectfully submitted,

By: */s/ Samuel D. Branum* (with consent)
Monica Burkoth
Samuel D. Branum
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
(312) 372-0770
burkothm@jbltd.com
branums@jbltd.com

*Attorneys for Defendants other than
Defendant Rodriguez and Defendant Beyer*