# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Christian A. Gonzalez

                        Plaintiff,

v.                                               Case No.: 1:21−cv−06243

                                                    Honorable Jeffrey I Cummings

J Rodriguez, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [214]. By 10/29/25, the parties shall file a joint status report indicating (1) the status of the production and plaintiff's counsel's review of the recently requested OPR files; (2) whether plaintiff intends to request any additional OPR files; and (3) a proposed expert discovery schedule. The 10/27/25 tracking status hearing is stricken and reset to 11/14/25 at 9:00 a.m. (to track the case only, no appearance is required).Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.