## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN A. GONZALEZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -*vs*- | ) | Case No. 21-cv-6243 |
| | ) | |
| JUSTO RODRIGUEZ et al., | ) | Judge Jeffrey I. Cummings |
| | ) | Magistrate Judge Maria Valdez |
| *Defendants.* | ) | |
| | ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, THOMAS J. DART, in his official capacity as Sheriff of Cook County, and MICHAEL SHEEHAN ("Defendants"), by their attorney EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her Special Assistant State's Attorneys, JOHNSON & BELL, LTD., pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, move this Court to grant summary judgment in their favor and against Plaintiff, CHRISTIAN A. GONZALEZ, on all claims alleged in his complaint, and to grant such other relief this Court finds reasonable and just. The grounds for this motion are set forth in the accompanying memorandum of law and statement of facts.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

Dated: October 29, 2025

/s/ *Samuel D. Branum*
Special Assistant State's Attorney

Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)

1

Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770