IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN A. GONZALEZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -*vs*- | ) | Case No. 21-cv-6243 |
| | ) | |
| JUSTO RODRIGUEZ et al., | ) | Judge Jeffrey I. Cummings |
| | ) | Magistrate Judge Maria Valdez |
| *Defendants.* | ) | |
| | ) | |

**DEFENDANTS' LOCAL RULE 56.1(a)(2)
STATEMENT OF MATERIAL FACTS**

Defendants, THOMAS J. DART, in his official capacity as Sheriff of Cook County, and MICHAEL SHEEHAN ("Defendants"), by their attorney EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her Special Assistant State's Attorneys, JOHNSON & BELL, LTD., pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(a)(2), submit the following statement of material facts in support of their motion for summary judgment:

**I.      Plaintiff's Original Complaint.**

1.      Plaintiff submitted his original complaint to the clerk of the court on November 22, 2021, and the complaint was subsequently filed on December 6, 2021. (Compl., ECF No. 6.)

2.      In his original complaint, Plaintiff alleged that his rights were violated on May 7, 2020. (Compl. at 4, ECF No. 6.)

3.      Plaintiff named Justo Rodriguez and twelve other defendants in his original complaint. (Compl., ECF No. 6.) In his original complaint, Plaintiff did not name Thomas J. Dart, the Cook County Sheriff's Office, or Michael Sheehan as defendants. (*Id.*)

1

## II.     Plaintiff's Amended Complaint.

4.     Plaintiff filed an amended complaint on August 21, 2023. (Am. Compl., ECF No. 84.)

5.     In his amended complaint, Plaintiff added Thomas J. Dart, in his official capacity, and Michael Sheehan as new defendants. (Am. Compl. ¶¶ 18–19, ECF No. 84.)

                                                                         Respectfully submitted,

                                                                         EILEEN O'NEILL BURKE
                                                                         State's Attorney of Cook County

Dated: October 29, 2025                              /s/ *Samuel D. Branum*
                                                                           Special Assistant State's Attorney

Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770