**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Christian A. Gonzalez
                Plaintiff,

v.                                  Case No.: 1:21−cv−06243
                                        Honorable Jeffrey I Cummings

J Rodriguez, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 24, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report and is in receipt of defendants' motion for summary judgment [216]. Defendants' motion [216] is denied without prejudice for failure to comply with this Court's case management procedures for summary judgment, which require the parties to schedule and participate in an off−the−record telephonic hearing with the Court. With respect to the remaining fact discovery, the Court expects the parties are continuing to meet and confer and work cooperatively to complete the production and review of any remaining OPR files. The parties shall file a joint status report on the status of that discovery by 12/22/25. The parties shall also include a proposed expert discovery schedule. The previously set 11/14/25 tracking status hearing is stricken and reset to 1/16/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.