# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Christian A. Gonzalez
                              Plaintiff,

v.                                                                  Case No.: 1:21−cv−06243
                                                                    Honorable Jeffrey I Cummings

J Rodriguez, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Off−the−record telephonic hearing regarding summary judgment held on 12/19/25. Plaintiff's counsel shall confer with her client regarding the propriety of global settlement negotiations in this case and his other pending case (23−cv−15921, Gonzalez v. Cagbabanua). By 1/23/26, plaintiff shall issue a settlement demand (and indicate whether it is global or relates solely to this case) to defendants. Defendants shall respond to the settlement demand by 2/6/26 at 9:00 a.m. (to track the case only, no appearance is required). The 12/22/25 status report deadline is stricken. By 2/13/26, the parties shall file a joint status report confirming the completion of the remaining OPR−related discovery and indicating whether they are mutually interested in participating in a settlement conference with the assigned Magistrate Judge. All expert discovery is stayed pending resolution of defendants' forthcoming motion for summary judgment. Defendants' motion for summary judgment on statute of limitations shall be filed by 2/20/26. Plaintiff's response shall be filed by 3/20/26. Defendants' reply shall be filed by 4/3/26. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing if appropriate. All parties are reminded of their duty to comply with Local Rule 56.1. The 1/16/26 tracking status hearing is stricken and reset for 3/9/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.