IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN A. GONZALEZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -*vs*- | ) | Case No. 21-cv-6243 |
| | ) | |
| JUSTO RODRIGUEZ et al., | ) | Judge Jeffrey I. Cummings |
| | ) | Magistrate Judge Maria Valdez |
| *Defendants.* | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SETTLEMENT DEMAND LETTER**

Defendants, THOMAS J. DART, in his official capacity as Sheriff of Cook County, DAMIR RASIC, ALEN DUHARKIC, ANDREW SACUTA, JOHN CARDEN, ELIUD DURAN, STEVEN STROH, DOUGLAS CONTORNO, JUSTIN VAN GIESEN, MACIEJ KRZEMINSKI, WILLIAM FILIPIAK, MICHAEL SHEEHAN, and COOK COUNTY, ILLINOIS, by their attorney EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her Special Assistant State's Attorneys, JOHNSON & BELL, LTD., request a one-week extension of time to respond to Plaintiff's settlement demand. In support of their motion, Defendants state as follows:

1. On December 19, 2025, the Court ordered Plaintiff to issue a settlement demand (and indicate whether it is global or relates solely to this case) to Defendants by January 23, 2025. (Minute Entry, ECF No. 222.) The Court ordered Defendants to respond to the settlement demand by February 6, 2026 at 9:00 a.m. (*Id.*)

2. On January 23, 2025, Plaintiff issued his settlement demand letter to Defendants. The settlement letter, which was sent confidentially and for settlement purposes only, included certain information that undersigned counsel is continuing to discuss with his clients.

3. Defendants are in the process of preparing a letter in response to Plaintiff's settlement demand, in accordance with the Court's order. However, Defendants require additional time to adequately consider Plaintiff's demand, continue their discussions internally, and prepare a settlement response letter.

4. Defendants respectfully request a short, one-week extension of time, until February 13, 2026, at 9:00 a.m., to respond to Plaintiff's settlement demand letter. Defendants also request a corresponding one-week extension of the deadlines in the Court's December 19, 2025 order. This is Defendants' first request for an extension of time. There have been no prior extensions of the settlement letter deadlines.

5. Defendants propose the following revised order: "Defendants shall respond to the settlement demand by 2/13/26 at 9:00 a.m. (to track the case only, no appearance is required). By 2/20/26, the parties shall file a joint status report confirming the completion of the remaining OPR-related discovery and indicating whether they are mutually interested in participating in a settlement conference with the assigned Magistrate Judge. All expert discovery is stayed pending resolution of defendants' forthcoming motion for summary judgment. Defendants' motion for summary judgment on statute of limitations shall be filed by 2/27/26. Plaintiff's response shall be filed by 3/27/26. Defendants' reply shall be filed by 4/10/26. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing if appropriate."

6. This motion is not brought for the purpose of delay but rather to provide Defendants additional time to respond to Plaintiff's settlement demand.

7. Defense counsel shared a draft of this motion with Plaintiff's counsel, who stated that he does not oppose the motion.

WHEREFORE, Defendants respectfully request that this Honorable Court grant them an extension of one week, up to and including February 13, 2026, at 9:00 a.m., to respond to Plaintiff's settlement demand. Defendants also request a corresponding one-week extension of the deadlines in the Court's December 19, 2025 order.

                                                Respectfully submitted,

                                                EILEEN O'NEILL BURKE
State's Attorney of Cook County

Dated: February 3, 2026                    /s/ *Samuel D. Branum*
                                                              Special Assistant State's Attorney

Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770