## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Christian A. Gonzalez

                    Plaintiff,

v.                                    Case No.: 1:21−cv−06243

                                    Honorable Jeffrey I Cummings

J Rodriguez, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 4, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Defendants' unopposed motion for extension of time to respond to plaintiff's settlement demand letter [224] is granted. Defendants shall respond to plaintiff's settlement demand by 2/13/26. Defendants' request for a one−week extension of the deadlines in the Court's 12/19/25 Order is granted as follows. The 2/13/26 joint status report deadline is extended to 2/20/26. Defendants' motion for summary judgment on statute of limitations shall be filed by 2/27/26. Plaintiff's response shall be filed by 3/27/26. Defendants' reply shall be filed by 4/10/26. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.