**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>        Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, Christian A. Gonzalez, through his Attorneys,[1] Jenner & Block LLP ("Jenner"), requests a two-week extension of the February 20, 2026 deadline to submit a joint status report. In support of his motion, Plaintiff states as follows:

    1.    On December 19, 2025, the Court ordered Plaintiff to issue a settlement demand (and indicate whether it is global or relates solely to this case) to Defendants by January 23, 2026. (Minute Entry, ECF No. 222.) The Court ordered Defendants to respond to the settlement demand by February 6, 2026 at 9:00 a.m. (*Id.*)

---

[1] Jenner represents Mr. Gonzalez in *Gonzalez v. Rodriguez*, Case No. 21-cv-6243, only; Jenner does not represent Mr. Gonzalez in *Gonzalez v. Cagbabanua*, 23-cv-15921. Mr. Gonzalez is *pro se* in *Gonzalez v. Cagbabanua*, 23-cv-15921.

2. On January 23, 2026, Plaintiff issued settlement demands in each of Mr. Gonzalez's two cases before the Court: *Gonzalez v. Rodriguez*, 21-cv-6243, and *Gonzalez v. Cagbabanua*, 23-cv-15921. As Jenner has informed Defendants and Mr. Gonzalez, Jenner represents Mr. Gonzalez in *Gonzalez v. Rodriguez*, 21-cv-6243 only; Jenner does not represent Mr. Gonzalez in *Gonzalez v. Cagbabanua*, 23-cv-15921. To comply with the Court's December 19, 2025 Order, Jenner has been acting solely as a conduit in *Gonzalez v. Cagbabanua*, 23-cv-15921, transmitting Mr. Gonzalez's settlement demand in that case to Defendants.

3. On February 3, 2026, Defendants sought an extension to respond to Plaintiff's settlement letter. (*See* ECF No. 224.)

4. On February 4, 2026, the Court granted Defendants' request extending all current deadlines by one week. (*See* ECF No. 225.)

5. Shortly before close of business on February 13, 2026, Defendants tendered a response to Plaintiff's settlement demands.

6. That same day, counsel for Mr. Gonzalez attempted to schedule a call with Mr. Gonzalez at Cook County Jail for February 17, 2026 to discuss the settlement offer, but counsel was not permitted to book a call. Counsel for Mr. Gonzalez checked the Cook County Detainee Locator, which stated that Mr. Gonzalez was housed in Division 15.

7. On Tuesday, February 17, 2026, counsel for Mr. Gonzalez learned that Mr. Gonzalez has in fact been transferred from Cook County Jail to Livingston County Jail.

8. On Wednesday, February 18, 2026, counsel for Mr. Gonzalez attempted to schedule a legal call with Mr. Gonzalez. As of the time of this filing, counsel has not received a response from Livingston County Jail.

9. The current scheduling order sets a February 20, 2026 deadline for the parties to submit a joint status report "confirming the completion of the remaining OPR−related discovery and indicating whether they are mutually interested in participating in a settlement conference with the assigned Magistrate Judge." (ECF Nos. 222, 225.)

10. Counsel for Plaintiff requires additional time to confer with their client concerning Defendants' response, including whether Plaintiff is interested in participating in a settlement conference in one or both of his cases in light of Defendants' response.

11. Plaintiff, therefore, respectfully requests a two-week extension of time of the February 20, 2026 deadline to submit a joint status report, as well as the remaining deadlines in the Court's February 4, 2026 order. (ECF No. 225.) This is Plaintiff's first request for an extension of time. This extension is due to Plaintiff's counsel's inability to contact their client, who was transferred without notice.

12. Plaintiff proposes the following revised order: "By 3/06/26, the parties shall file a joint status report confirming the completion of the remaining OPR-related discovery and indicating whether they are mutually interested in participating in a settlement conference with the assigned Magistrate Judge. All expert discovery is stayed pending resolution of defendants' forthcoming motion for summary judgment. Defendants' motion for summary judgment on statute of limitations shall be filed by 3/13/26. Plaintiff's response shall be filed by 4/10/26. Defendants' reply shall be filed by 4/24/26. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing if appropriate."

13. This motion is not brought for the purpose of delay but rather to allow Plaintiff's counsel adequate time to communicate with their client.

14. Plaintiff's counsel shared a draft of this motion with Defendants' counsel, who stated they do not oppose the motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant an extension of two weeks of the deadlines in the Court's February 4, 2026 order.

Dated: February 19, 2026

CHRISTIAN A. GONZALEZ

By: /s/ *Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
AVail@jenner.com
(312) 840-8688

*Attorneys for Plaintiff*