

FILED
3/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

In The United States District Court
For the Northern District of Illinois
Eastern Division

| | |
|---|---|
| Christian Gonzalez, <br> Plaintiff, <br><br> v. <br><br> Rodriguez, et al. <br> Defendant. | Case No. 21-CV-06243 <br><br> Honorable <br><br> Jeffrey F. Cummings <br><br> Presiding |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective February 23, 2026, Plaintiff has changed his address for service of Notices and documents in the above-captioned matter. The New address of Plaintiff is as follows:

Christian Gonzalez #109633
Livingston County Jail
844 W. Lincoln Street
Pontiac, IL 61764

Dated: 2-23-26

Respectfully Submitted,

Christian Gonzalez #109633
Livingston County Jail
844 W. Lincoln Street
Pontiac, IL 61764

### Certificate of Service

I certify that on 2-23-26 the following documents has been served to the following address below:

Prisoner Correspondence
Clerk's Office
219 South Dearborn Street
Chicago, IL 60604



CORRESPONDENCE FROM LIVINGSTON COUNTY JAIL



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

Christian Gonzalez #109633
Livingston County Jail
844 W. Lincoln Street
Pontiac, IL 61764

03/03/2026-10

Prisoner Correspondence
Clerk's Office
219 South Dearborn Street
Chicago, IL 60604

RECEIVED
MAR 03 2026
THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT



FOREVER / USA

LEGAL MAIL

60604-170299