IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

## JOINT STATUS REPORT

Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants Thomas J. Dart and Cook County, by their attorneys, report as follows pursuant to the Court's February 23, 2026 order (ECF No. 227).

1. On February 20, 2026, counsel for Defendant Cook County and Plaintiff met and conferred on a matter related to Defendants' settlement counteroffer, which relates to the scope of Plaintiff's counsel's representation of Mr. Gonzalez and thus bears on next steps, including as it relates to reporting to the Court regarding participation in a settlement conference with the assigned Magistrate Judge. (*See* ECF No. 227.) Defendant Cook County is in the process of considering the matter and expects to have more information for Plaintiff by next week.

2. The parties have also been attempting to resolve a discovery dispute via email regarding production of OPR files and have scheduled a meet and confer for Monday, March 9, 2026.

3. Given the continuing efforts at discussing Defendants' counteroffer and potential settlement conference, as well as the discovery dispute, the parties respectfully request a one-week extension of time, until March 13, 2026, to file a status report "confirming the completion of the remaining OPR-related discovery," or otherwise providing a status update on the parties' discovery dispute, and "indicating whether they are mutually interested in participating in a settlement conference with the assigned Magistrate Judge." (ECF No. 227.)

4. The parties also request a one-week extension of the remaining deadlines in the Court's February 23, 2026 order. (*Id.*)

5. As such, the parties propose the following revised order: "By 3/13/26, the parties shall file a joint status report confirming the completion of the remaining OPR-related discovery and indicating whether they are mutually interested in participating in a settlement conference with the assigned Magistrate Judge. All expert discovery remains stayed pending resolution of Defendants' forthcoming motion for summary judgment. Defendants' motion for summary judgment on statute of limitations shall be filed by 3/20/26. Plaintiff's response shall be filed by 4/17/26. Defendants' reply shall be filed by 5/1/26. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing if appropriate."

6. The parties' request for a one-week extension is not brought for the purpose of delay but rather to allow the parties additional time to discuss Defendants' counteroffer, the parties' mutual interest in a settlement conference before the Magistrate, and the aforementioned discovery dispute.

Dated: March 6, 2026

By: */s/ Andrew W. Vail (with consent)*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com

*Attorneys for Plaintiff*
*Christian Gonzalez*

Respectfully submitted,

By: */s/ Samuel D. Branum*
Monica Burkoth
Samuel D. Branum
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
(312) 372-0770
burkothm@jbltd.com
branums@jbltd.com

*Attorneys for Defendants other than*
*Defendant Rodriguez and Defendant Beyer*