# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Christian A. Gonzalez
                        Plaintiff,

v.                                            Case No.: 1:21−cv−06243
                                                      Honorable Jeffrey I Cummings

J Rodriguez, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

        MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [229]. The parties are continuing to meet and confer regarding the prospects of settlement and the remaining OPR−related discovery. The parties' joint request for an extension of time is granted as follows. By 3/13/26, the parties shall file a joint status report confirming the completion of the remaining OPR−related discovery and indicating whether they are mutually interested in participating in a global settlement conference with the assigned Magistrate Judge. All expert discovery remains stayed pending resolution of defendants' forthcoming motion for summary judgment. Defendants' motion for summary judgment on statute of limitations shall be filed by 3/20/26. Plaintiff's response shall be filed by 4/17/26. Defendants' reply shall be filed by 5/1/26. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing if appropriate. The 3/9/26 tracking status hearing is stricken and reset to 3/23/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.