**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Gonzalez v. Rodriguez, et al.      Case Number: 1:21-cv-06243

An appearance is hereby filed by the undersigned as attorney for: Christian A. Gonzalez - Plaintiff

Attorney name (type or print): Charles J. Johnson

Firm: Jenner & Block LLP

Street address: 353 North Clark Street

City/State/Zip: Chicago, IL 60654
Bar ID Number: 6349533
(See item 3 in instructions)      Telephone Number: 312-840-7226

Email Address: CJohnson@jenner.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/13/2026

Attorney signature:      S/ Charles J. Johnson
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023