**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN A. GONZALEZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *-vs-* | ) | Case No. 21-cv-6243 |
| | ) | |
| JUSTO RODRIGUEZ et al., | ) | Judge Jeffrey I. Cummings |
| | ) | Magistrate Judge Maria Valdez |
| *Defendants.* | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO STAY SUMMARY JUDGMENT**
**BRIEFING ON STATUTE OF LIMITATIONS**

Defendants, THOMAS J. DART, in his official capacity as Sheriff of Cook County, and MICHAEL SHEEHAN ("Defendants"), by their attorney EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her Special Assistant State's Attorneys, JOHNSON & BELL, LTD., request a stay of summary judgment briefing on statute of limitations. In support of their motion, Defendants state as follows:

1.      On December 19, 2025, the Court entered a briefing schedule on Defendants' motion for summary judgment on statute of limitations. (Minute Entry, ECF No. 222.)

2.      Since that time, the parties have exchanged settlement letters, and the Court has extended the summary judgment briefing schedule to allow the parties time to discuss settlement. The parties have also met and conferred on a discovery matter. The parties' respective position on discovery is set forth in the recent status report. (Status Report, ECF No. 232.)

3.      Defendants' motion for summary judgment on statute of limitations is due on March 20, 2026. (Minute Entry, ECF No. 230.) Given the current posture of this case, Defendants respectfully request a stay of summary judgment briefing on statute of limitations to give the

1

parties additional time to discuss settlement. In the alternative, in the event the Court denies this motion, Defendants respectfully request leave to file their motion for summary judgment on statute of limitations the day after entry of the Court's order.

4.      This motion is not brought for the purpose of delay but rather to provide additional time for the parties to discuss settlement.

5.      Defense counsel shared a draft of this motion with Plaintiff's counsel prior to filing. Plaintiff's position on the motion is as follows: "Plaintiff does not oppose discussing settlement with Defendants, and Plaintiff is prepared to move forward with a global settlement conference before the assigned Magistrate Judge. (*See* ECF No. 232 at 1.) Plaintiff also does not oppose staying briefing on Defendants' motion for summary judgment on statute of limitations pending a global settlement conference before the assigned Magistrate Judge, but Defendants will not commit to participating in a settlement conference at this time. Consistent with Plaintiff's position in the Joint Status Report, Plaintiff defers to the Court on the sequencing and timing of these items. (*See id.*)"

6.      Undersigned counsel has a meeting scheduled with his clients this Monday, March 23, 2026, to discuss their position on a global settlement conference. Counsel will have more information at that time and will promptly provide an update to Plaintiff's counsel after the meeting.

WHEREFORE, Defendants respectfully request that this Honorable Court grant a stay of the summary judgment briefing on statute of limitations, or in the alternative, grant Defendants leave to file their motion for summary judgment on statute of limitations the day after entry of any order denying a stay.

2

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

Dated: March 20, 2026

/s/ *Samuel D. Branum*
Special Assistant State's Attorney

Samuel D. Branum (branums@jbltd.com)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770