**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHRISTIAN A. GONZALEZ,

        Plaintiff,

    vs.

JUSTO RODRIGUEZ (#17897), DAMIR
RASIC (#17493), ALEN DUHARKIC
(#18248), JOHN CHAVEZ (#16361),
ANDREW SACUTA (#17496), JOHN
CARDEN (#17367), ELIUD DURAN
(#3214), STEVEN STROH (#17808),
TIMOTHY BEYER (#17914), DOUGLAS
CONTORNO (#17467), JUSTIN VAN
GIESEN (#16527), MACIEJ KRZEMINSKI
(#17738), WILLIAM FILIPIAK (#17770),
SERGEANT SHEEHAN (#3234), THOMAS
J. DART, and COOK COUNTY,

        Defendants.

No. 21 CV 6243

Hon. Jeffrey I. Cummings

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Christian A. Gonzalez respectfully asks the Court for entry of an Order granting Mr. Gonzalez leave to file the attached Motion to Compel and its corresponding Exhibits under seal, pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 26.2, and the Protective Orders (ECF Nos. 48 and 53) in force in this case.

In support thereof, Mr. Gonzalez states as follows:

1. On November 11, 2022, the Court entered a Confidentiality Order. (ECF No. 48.) The Confidentiality Order permits parties to designate certain produced information as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER." (*Id.* at ¶ 2.)

2. As the Seventh Circuit has recognized, a court may keep documents or portions thereof under seal if "there is good cause for sealing a part or the whole of the record." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also*

Local Rule 26.2(b) (applying "good cause" standard). Accordingly, the Court may seal filings to protect the "property and privacy interests of the litigants," *Citizens First Nat'l Bank,* 178 F.3d at 945, where the information in question "meet[s] the definition of trade secrets or other categories of bona fide long-term confidentiality." *Baxter Int'l, Inc. v. Abbott Labs*., 297 F.3d 544, 545 (7th Cir. 2002).

3.      Good cause exists to grant Mr. Gonzalez's Motion to For Leave to File Under Seal because Gonzalez's Motion to Compel and its corresponding Exhibits contains material the Cook County Sheriff's Office has designated "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" under the Confidentiality Order, and further contains the sensitive medical information of certain persons detained at the Cook County Jail.[1]  These confidential materials are relevant to Mr. Gonzalez's *Monell* claim.

4.      In compliance with Local Rule 26.2(c), Mr. Gonzalez will also file a public-record version of his Motion to Compel and its corresponding Exhibits that redacts all references to materials currently designated confidential pursuant to said Confidentiality Order.

WHEREFORE, Plaintiff Christian A. Gonzalez respectfully requests that the Court grant his unopposed Motion for Leave to File Under Seal.

Dated: March 27, 2026

Respectfully submitted,

CHRISTIAN A. GONZALEZ

By: /s/ *Andrew W. Vail*

Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel

---

[1] In some cases, this material is stamped "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER."  In other cases, the material is not stamped, but counsel for the Sheriff's Office informed Plaintiff's counsel via email that the relevant material was being produced under the above-mentioned Protective Orders.

Christina T. Lopez
Charles J. Johnson
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
AVail@jenner.com
(312) 840-8688

*Attorneys for the Plaintiff Christian A. Gonzalez*