# EXHIBIT D

| | |
|---|---|
| **From:** | Samuel D. Branum <branums@jbltd.com> |
| **Sent:** | Friday, December 19, 2025 1:11 PM |
| **To:** | Lopez, Christina T.; Leskovac, Kaitlin M.; Monica Burkoth; Oliver Kassenbrock (States Attorney); Ahmed Kosoko; ikosoko@kosokolaw.com |
| **Cc:** | Vail, Andrew W.; Wentzel, Jacob P.; Johnson, Charles J.; McDowell, Fallon P. |
| **Subject:** | RE: Gonzalez v. Rodriguez et al. |
| **Attachments:** | Gonzalez v. Rodriguez et al., 21-cv-6243 - Additional OPR Files |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

 **This message needs your attention**

• Some Recipients have never replied to this person.

Report this Email or Mark as Safe

See attached email for information on 2017-18833. I have the Sheriff's Office looking into the other request and will let you know once I have more information.

**From:** Samuel D. Branum
**Sent:** Friday, December 19, 2025 12:32 PM
**To:** 'Lopez, Christina T.' ; Leskovac, Kaitlin M. ; Monica Burkoth ; Oliver Kassenbrock (States Attorney) ; Ahmed Kosoko ; ikosoko@kosokolaw.com
**Cc:** Vail, Andrew W. ; Wentzel, Jacob P. ; Johnson, Charles J. ; McDowell, Fallon P.
**Subject:** RE: Gonzalez v. Rodriguez et al.

I can agree that a court order would be required for a second deposition of the same expert with the caveat that the correct standard applies. I'm not sure if the standard is good cause, but the court will apply the appropriate standard if it ever gets to that point.

Yes, I understand flexibility may be required depending on the experts' schedules.

**From:** Lopez, Christina T. <CLopez@jenner.com>
**Sent:** Friday, December 19, 2025 9:15 AM
**To:** Samuel D. Branum <branums@jbltd.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; Oliver Kassenbrock (States Attorney) <oliver.kassenbrock@cookcountysao.org>; Ahmed Kosoko <akosoko@kosokolaw.com>; ikosoko@kosokolaw.com
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; Johnson, Charles J. <CJohnson@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al.

Sam – I don't think we need to meet and confer then if we are aligned here that a court order would be required (good cause) for a second deposition of the same expert. Let me know if you disagree. To the extent we have hired any experts, we are running the proposed joint schedule by them, and understand for both parties we may need limited flexibility depending on their schedules but will endeavor to make our agreed schedule work. (In light of the holidays, I am not sure if we can get a response as expeditiously to be frank.)

1

Will look out for a follow-up on the other two items raised in our email.

---

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Thursday, December 18, 2025 8:41 PM
**To:** Lopez, Christina T. <CLopez@jenner.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; Oliver Kassenbrock (States Attorney) <oliver.kassenbrock@cookcountysao.org>; Ahmed Kosoko <akosoko@kosokolaw.com>; ikosoko@kosokolaw.com
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; Johnson, Charles J. <CJohnson@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al.

==**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe==
We would want to depose your experts by 3/25 so our experts could review the transcript and include their opinions in a single report. I think in the end, this won't be an issue because I don't anticipate a need to re-depose any expert that submits a rebuttal report by 5/29. However, I can't predict what will be included in a rebuttal report. By way of compromise, maybe we can agree that each witness will be deposed only once absent a court order. Then, if my client thinks a second deposition is necessary, we can address the issue at that time. But again, I don't anticipate us needing a second deposition of the same expert, so this most likely will turn out to be a non-issue. Let me know if this proposal works.

I have limited time tomorrow, but I will look into your other request and provide our position before the status report is due.

---

**From:** Lopez, Christina T. <CLopez@jenner.com>
**Sent:** Thursday, December 18, 2025 8:03 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; Oliver Kassenbrock (States Attorney) <oliver.kassenbrock@cookcountysao.org>; Ahmed Kosoko <akosoko@kosokolaw.com>; ikosoko@kosokolaw.com
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; Johnson, Charles J. <CJohnson@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al.

Hi Sam,

I think we can be aligned on this schedule with the caveat that all experts are deposed once for efficiency and economy purposes. So for example, if Plaintiff discloses an expert on March 4 who also provides a rebuttal on May 29, that expert is only deposed once after the May 29 disclosure. We would be happy to extend the deposition deadline out two weeks to June 24 so that way it isn't a crunch between rebuttal and the deposition for your clients as a compromise.

If our proposal is not agreed, let us know this evening via email or early tomorrow AM, otherwise, we will send around a 2:30 PM zoom as a placeholder for a discussion concerning expert discovery.

Additionally, we are following up on Kaitlin's October 29 request for the ▮▮▮▮▮▮▮ file and in reviewing the OPR files received, are making a request for ▮▮▮▮▮▮▮▮ file (2017-18833), which it appears you may have sent to us, but we are not able to locate in your production. Please either produce the file or identify the file by bates.

Thanks!

Christina

2

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Thursday, December 18, 2025 2:25 PM
**To:** Lopez, Christina T. <CLopez@jenner.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; Oliver Kassenbrock (States Attorney) <oliver.kassenbrock@cookcountysao.org>; Ahmed Kosoko <akosoko@kosokolaw.com>; ikosoko@kosokolaw.com
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; Johnson, Charles J. <CJohnson@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al.

==**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe==
Here is our proposal for an expert discovery schedule, which has the same starting and ending dates:

March 4, 2026 – Plaintiff's expert disclosures due
March 25, 2026 – Depositions of Plaintiff's experts to be completed
April 24, 2026 – Defendants' expert disclosures due
May 15, 2026 – Depositions of Defendants' experts to be completed
May 29, 2026 – Plaintiff's rebuttal expert disclosures due
June 10, 2026 – Depositions of Plaintiff's rebuttal experts to be completed

Let's discuss tomorrow at 2:30pm.

**From:** Lopez, Christina T. <CLopez@jenner.com>
**Sent:** Thursday, December 18, 2025 2:02 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; Oliver Kassenbrock (States Attorney) <oliver.kassenbrock@cookcountysao.org>; Ahmed Kosoko <akosoko@kosokolaw.com>; ikosoko@kosokolaw.com
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; Johnson, Charles J. <CJohnson@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al.

Hi Sam,

We don't have an objection to staying Monell discovery pending resolution of your client's anticipated summary judgment motion. Setting aside Monell discovery, we propose the following expert schedule:
Opening expert disclosures: March 4, 2026.
Rebuttal expert disclosures: April 29, 2026.
Close of expert discovery: June 10, 2026.

We are free to discuss tomorrow between 2:30-3:30 PM CT if needed.

Thanks,

Christina

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Thursday, December 18, 2025 10:57 AM
**To:** Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; Oliver Kassenbrock (States Attorney) <oliver.kassenbrock@cookcountysao.org>; Ahmed Kosoko <akosoko@kosokolaw.com>; ikosoko@kosokolaw.com
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Lopez, Christina T. <CLopez@jenner.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; Johnson, Charles J. <CJohnson@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al.

3

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe
Let me know your availability today or tomorrow to confer about expert discovery. We have a status report due Monday.

---

**From:** Samuel D. Branum
**Sent:** Tuesday, December 16, 2025 12:26 PM
**To:** 'Leskovac, Kaitlin M.' <KLeskovac@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; 'Oliver Kassenbrock (States Attorney)' <oliver.kassenbrock@cookcountysao.org>; 'Ahmed Kosoko' <akosoko@kosokolaw.com>; 'ikosoko@kosokolaw.com' <ikosoko@kosokolaw.com>
**Cc:** 'Vail, Andrew W.' <AVail@jenner.com>; 'Lopez, Christina T.' <CLopez@jenner.com>; 'Wentzel, Jacob P.' <JWentzel@jenner.com>; 'Johnson, Charles J.' <CJohnson@jenner.com>; 'McDowell, Fallon P.' <FMcDowell@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al.

Please let me know your position on staying expert discovery on the *Monell* claim pending resolution of our motion.

---

**From:** Samuel D. Branum
**Sent:** Wednesday, October 29, 2025 2:36 PM
**To:** Leskovac, Kaitlin M. <KLeskovac@jenner.com>; Monica Burkoth <burkothm@jbltd.com>; Dortricia Penn (States Attorney) <dortricia.penn@cookcountysao.org>; Oliver Kassenbrock (States Attorney) <oliver.kassenbrock@cookcountysao.org>; Jason DeVore <jdevore@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Ahmed Kosoko <akosoko@kosokolaw.com>; ikosoko@kosokolaw.com
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Lopez, Christina T. <CLopez@jenner.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; Johnson, Charles J. <CJohnson@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** RE: Gonzalez v. Rodriguez et al.

Will Plaintiff be retaining an expert for the Monell claim? It may make sense to wait for the Court's ruling on the MSJ we filed today so the parties do not spend money unnecessarily on claims that may be dismissed. I'll review your other comments and get back to you shortly.

---

**From:** Leskovac, Kaitlin M. <KLeskovac@jenner.com>
**Sent:** Wednesday, October 29, 2025 1:41 PM
**To:** Monica Burkoth <burkothm@jbltd.com>; Samuel D. Branum <branums@jbltd.com>; Dortricia Penn (States Attorney) <dortricia.penn@cookcountysao.org>; Oliver Kassenbrock (States Attorney) <oliver.kassenbrock@cookcountysao.org>; Jason DeVore <jdevore@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Ahmed Kosoko <akosoko@kosokolaw.com>; ikosoko@kosokolaw.com
**Cc:** Vail, Andrew W. <AVail@jenner.com>; Lopez, Christina T. <CLopez@jenner.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; Johnson, Charles J. <CJohnson@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** Gonzalez v. Rodriguez et al.

Counsel,

Attached is a draft JSR for review/comment. We have included all parties/counsel on this JSR because it includes a proposed expert discovery schedule, per the Court's 10/15 order. We have proposed a schedule in the draft.

Sam,

There are two additional points specific to the Sheriff's Office's October 7 production:

1. We have reviewed the October 7 production and did not see any OPR files that correspond to the following grievances listed in and attached to our September 9 email:

- ████████████████████—incident date: 12/18/18; grievance date: 12/20/18; SCAN00052135-SCAN00052139; grievance control #: 15645

4

- █████████—incident date: 10/24/19; grievance date: 10/24/2019; SCAN00132605-SCAN00132612; grievance control #: 11365

Please produce these files.

2. As noted in the attached draft JSR, based on our review of the October 7 production, we are requesting one additional OPR file. This is the OPR file for the incident discussed in the letter from Ms. Heather Bock at Cook County DEFs 004525. The letter references a use of force incident in the Division 9 elevator on April 28, 2017 (DIV9-2017-7082) involving detainee ████████. Please let us know whether your client agrees to produce this file, or provide times when you are available to meet and confer.

Thanks,
Kaitlin

---

**Kaitlin M Leskovac**
**Jenner & Block LLP**
353 North Clark Street
Chicago,IL60654-3456|jenner.com
+1 312 840 7407| Tel
+1 773 490 1330| Mobile
KLeskovac@jenner.com
Download V-Card|View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system

---

Samuel D. Branum, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0272**
branums@jbltd.com | www.johnsonandbell.com

---

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from

5

these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.

| | |
|---|---|
| **From:** | Samuel D. Branum <branums@jbltd.com> |
| **Sent:** | Thursday, October 30, 2025 2:25 PM |
| **To:** | Leskovac, Kaitlin M.; Wentzel, Jacob P.; Lopez, Christina T.; Vail, Andrew W.; McDowell, Fallon P.; Johnson, Charles J. |
| **Cc:** | Monica Burkoth; Oliver Kassenbrock (States Attorney); Ahmed A. Kosoko; Ibrahim Kosoko |
| **Subject:** | Gonzalez v. Rodriguez et al., 21-cv-6243 - Additional OPR Files |

Counsel,

Additional OPR files may be accessed here: 📁 Gonzalez v. Rodriguez

| | | | |
|---|---|---|---|
| 📄 Cook County DEFs 004840-004893 - 2025.10.30.pdf | ⊘ ⋒ | 10/30/2025 1:42 PM | Kofax Power PDF Documer |
| 📄 Cook County DEFs 004894-004963 - 2025.10.30.pdf | ⊘ ⋒ | 10/30/2025 1:42 PM | Kofax Power PDF Documer |
| 📄 Cook County DEFs 004964-005043 - 2025.10.30.pdf | ⊘ ⋒ | 10/30/2025 1:42 PM | Kofax Power PDF Documer |
| 📄 Cook County DEFs 005044-005060 - 2025.10.30.pdf | ⊘ ⋒ | 10/30/2025 1:42 PM | Kofax Power PDF Documer |
| 📄 Cook County DEFs 005061-005079 - 2025.10.30.pdf | ⊘ ⋒ | 10/30/2025 1:43 PM | Kofax Power PDF Documer |
| 📄 Cook County DEFs 005080-005093 - 2025.10.30.pdf | ⊘ ⋒ | 10/30/2025 1:43 PM | Kofax Power PDF Documer |
| 📄 Cook County DEFs 005094-005102 - 2025.10.30.pdf | ⊘ ⋒ | 10/30/2025 1:43 PM | Kofax Power PDF Documer |
| 📄 Cook County DEFs 005103-005119 - 2025.10.30.pdf | ⊘ ⋒ | 10/30/2025 1:43 PM | Kofax Power PDF Documer |
| 📄 Cook County DEFs 005120-005131 - 2025.10.30.pdf | ⊘ ⋒ | 10/30/2025 1:43 PM | Kofax Power PDF Documer |
| 📄 Cook County DEFs 005132-005150 - 2025.10.30.pdf | ⊘ ⋒ | 10/30/2025 1:43 PM | Kofax Power PDF Documer |
| 📄 Cook County DEFs 005151-005176 - 2025.10.30.pdf | ⊘ ⋒ | 10/30/2025 1:44 PM | Kofax Power PDF Documer |

The OPR files for the following grievances were not included in our productions for the following reasons:

2017-07755 (Cermak elevator)
2017-18424 (vestibule & core; not elevator)
2017-18833 (sending OPR file for Grievance 2017-18828 because that is the grievance that was forwarded to OPR)
2018-00383 (not in elevator)
2018-11955 (Division 10)
2018-12369 (███████████ – OPR file previously produced)
2018-15645 (Cermak elevator)
2019-05268 (no reference of elevator)
2019-06476 (not allegedly assaulted in elevator)
2019-11365 (Division 10)

Thank you,
Sam