**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN A. GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21-cv-6243 |
| v. | ) | |
| | ) | Judge Jeffrey I. Cummings |
| RODRIGUEZ *et al*., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
**WITHIN THE SAME FIRM**

To:    Attorney(s) of Record
       CM/ECF Service List


**PLEASE TAKE NOTICE** that pursuant to Local Rule 83.17, Assistant State's Attorney Oliver Kassenbrock withdraws his appearance for **Justo Rodriguez** on March 31, 2026, and Assistant State's Attorney Elpitha Lambros substitutes her appearance for said Defendant.


EILEEN O'NEILL BURKE
State's Attorney of Cook County

By:    */s/ Elpitha B. Lambros*
       Elpitha B. Lambros
       Assistant State's Attorney
       50 West Washington, Suite 2760
       Chicago, IL 60602
       (312) 603-1424
       elpitha.lambros@cookcountysao.org


1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I electronically filed the foregoing *Notice of Withdrawal and Substitution of Counsel Within the Same Firm* with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system.

*/s/ Elpitha B. Lambros*
Elpitha B. Lambros