**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Christian A. Gonzalez

                              Plaintiff,

v.                                                    Case No.: 1:21−cv−06243
                                                      Honorable Jeffrey I Cummings

J Rodriguez, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 16, 2026:

        MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [232] and recent filings and orders as follows. By 5/12/26, the parties shall file a joint status report indicating whether all parties are mutually interested in participating in a global settlement conference with the assigned Magistrate Judge. Plaintiff's motion for leave to file under seal [235] is granted. Defendants shall respond to plaintiff's motion to compel [236] by 5/1/26. No reply unless requested by the Court. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing if appropriate. The previously set 3/23/26 tracking status hearing is stricken and reset to 5/29/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.