**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>      Plaintiff,<br><br>    vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>      Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings |

**JOINT STATUS REPORT**

Plaintiff, Christian A. Gonzalez, by his attorneys, and Defendants Thomas J. Dart and Cook County, by their attorneys, report as follows pursuant to the Court's April 16, 2026 order (ECF No. 239).

1.     Defense counsel appreciates the time the Court has allowed for Defendants to consider whether to participate in a global settlement conference. At this time, defense counsel does not have approval from the clients to participate in a global settlement conference, although Defendants are still considering it and have not rejected the proposal.

2.     As previously reported, Plaintiff is interested in a joint settlement conference with the assigned magistrate judge. (ECF No. 232, at 1-2; ECF No. 233, ¶5; ECF No. 236, at 13 n.3.)

3. Defense counsel believes that at this point, the parties should continue with the case, and if Defendants approve a global settlement conference, the parties can let the Court know at that time.

Dated: May 12, 2026

By: */s/ Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
Charles J. Johnson
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com
CJohnson@jenner.com

*Attorneys for Plaintiff*
*Christian Gonzalez*

Respectfully submitted,

By: */s/ Samuel D. Branum (with consent)*
Monica Burkoth
Samuel D. Branum
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
(312) 372-0770
burkothm@jbltd.com
branums@jbltd.com

*Attorneys for Defendants other than*
*Defendant Rodriguez and Defendant Beyer*