**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christian A. Gonzalez

                Plaintiff,

v.

J Rodriguez, et al.

                Defendant.

Case No.: 1:21−cv−06243
Honorable Jeffrey I Cummings

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [241], which indicates that defense counsel did not yet have approval from the clients to participate in a global settlement conference (along with Case No. 23−cv−15921) although defendants were still considering that option. The Court refers this matter to Magistrate Judge Valdez for a global settlement conference so that such a conference can proceed expeditiously if all parties ultimately agree to proceed with a global conference. Otherwise, plaintiff's motion to compel [237] remains under advisement. The previously set 5/29/26 tracking status hearing is stricken and reset to 7/31/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.