UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21-cv-6243 |
| | ) | |
| COOK COUNTY SHERIFF THOMAS | ) | Honorable Jeffrey I. Cummings |
| DART, COOK COUNTY, AND | ) | |
| SHERIFF'S OFFICERS SERGEANT | ) | |
| SHEEHAN, JUSTO RODRIGUEZ, | ) | |
| DAMIR RASIC, ALEN DUHARKIC, | ) | |
| JOHN CHAVEZ, ANDREW SACUTA, | ) | |
| JOHN CARDEN, ELIUD DURAN, | ) | |
| STEVEN STROH, TIMOTHY BEYER, | ) | |
| DOUGLAS CONTORNO, JUSTIN | ) | |
| VAN GIESEN, MACIEJ KRZEMINSKI; | ) | |
| AND WILLIAM FILIPIAKAS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR WITHDRAWAL OF ATTORNEY'S APPEARANCE

Defendants   Timothy Beyer, John Carden, Douglas Contorno, Cook County, Illinois, Thomas Dart, Sheriff of Cook County, Alen Duharkic, Eliud Duran, William Filipiak, Justin Van Giesen, Maciej Krzeminski, Damir Rasic, Justo Rodriguez, Andrew Sacuta, Sergeant Sheehan, and Steven Stroh, by and through their attorneys, JOHNSON & BELL, LTD., moves the Court to withdraw the appearance of attorney, Monica Burkoth, in this case. This withdrawal of Appearance is solely for the withdrawal of attorney, Monica Burkoth, and not the law firm of JOHNSON & BELL, LTD.

WHEREFORE, Defendants Timothy Beyer, John Carden, Douglas Contorno, Cook County, Illinois, Thomas Dart, Sheriff of Cook County, Alen Duharkic, Eliud Duran, William

1

Filipiak, Justin Van Giesen, Maciej Krzeminski, Damir Rasic, Justo Rodriguez, Andrew Sacuta, Sergeant Sheehan, and Steven Stroh, respectfully requests that this Court grant leave for Monica Burkoth to withdraw as counsel for Defendants Timothy Beyer, John Carden, Douglas Contorno, Cook County, Illinois, Thomas Dart, Sheriff of Cook County, Alen Duharkic, Eliud Duran, William Filipiak, Justin Van Giesen, Maciej Krzeminski, Damir Rasic, Justo Rodriguez, Andrew Sacuta, Sergeant Sheehan, and Steven Stroh.

Dated: July 6, 2026

<b>JOHNSON & BELL, LTD.</b>

By:    */s/Monica Burkoth*
        Monica Burkoth

Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Tel: (312) 372-0770