## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Christian A. Gonzalez

                Plaintiff,

v.

J Rodriguez, et al.

                Defendant.

Case No.: 1:21−cv−06243
Honorable Jeffrey I Cummings

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference. (cc, ) Mailed notice.

Dated: July 9, 2026

/s/ Jeffrey I Cummings

United States District Judge