## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Christian A. Gonzalez

                Plaintiff,

v.

J Rodriguez, et al.

                Defendant.

Case No.: 1:21−cv−06243

Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2026:

      MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez to conduct a global settlement conference along with Case No. 23−cv−15921. The parties shall file a joint status report on the prospects of settlement and advising whether all parties wish to participate in a global settlement conference along with Case No. 23−cv−15921 no later than 7/23/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.