**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings<br><br>Hon. Maria J. Valdez, Magistrate Judge |

**JOINT STATUS REPORT**

Plaintiff, Christian A. Gonzalez, by his attorneys, and all Defendants, by their attorneys, report as follows pursuant to the Court's July 9, 2026 Order (ECF No. 245).

1. The Court ordered Plaintiff and Defendants to file a joint status report on the "prospects of settlement and advising whether all parties wish to participate in a global settlement conference, along with Case No. 23−cv−15921," *Gonzalez v. Cagbabanua et al.* ("*Cagbabanua*"), before the Honorable Maria Valdez. (*Id.*)

2. Pursuant to the Court's December 19, 2025 Order (ECF No. 222), on January 23, 2026, Mr. Gonzalez tendered settlement demands on Defendants in each of Gonzalez's cases before the Court. (ECF No. 226, ¶¶ 1-2.) Defendants tendered a counteroffer on February 13, 2026. (*Id.* ¶¶ 3-8.)

1

3. ***Plaintiff's position.*** After the exchange of settlement offers, and as previously reported, Mr. Gonzalez has consistently expressed interest in a global settlement conference before Magistrate Judge Valdez. (*E.g.,* ECF No. 232, at 1-2; ECF No. 233, ¶ 5; ECF No. 236, at 13 n.3.) Mr. Gonzalez remains interested in a global settlement conference. Mr. Gonzalez would also be interested in participating in a settlement conference in *Gonzalez v. Rodriguez* only (as opposed to a global settlement conference). Mr. Gonzalez will undertake participation in any settlement conference in good faith.[1]

4. ***Defendants' position.*** On July 15, 2026, Defendants' client contacts requested information to continue their assessment of whether all parties are interested in a global settlement conference. Defendants' client contacts are still reviewing that information and have requested a one-week extension to update the Court on whether all parties wish to participate in a global settlement conference. Defendants request to submit a further joint status report to the Court by Thursday, July 30, 2026, to provide the Court with their position.

---

[1] Plaintiff's appointed, pro bono counsel Jenner & Block LLP ("Jenner") only represents Mr. Gonzalez in the above-entitled matter, *Gonzalez v. Rodriguez et al*. Jenner does not represent Mr. Gonzalez in his other matter before this Court, *Cagbabanua*. (*See* ECF No. 226, ¶¶ 1-2 & n.1.) To date, Jenner has been acting solely as a conduit in *Cagbabanua*, transmitting Mr. Gonzalez's settlement demand in that case to Defendants. (*Id.*) If the Court sets a global settlement conference (which Mr. Gonzalez is interested in), to facilitate potential settlement of both cases—and in line with Plaintiff's counsel's ethical and professional obligations—Plaintiff's counsel respectfully requests the Court appoint Jenner to serve as settlement counsel in *Cagbabanua*, for the purposes of a global settlement conference only. Jenner requests that the order of appointment explicitly state that Jenner will not be appointed for any other purpose in *Cagbabanua*, and that the appointment will not extend to any other part of the litigation process in *Cagbabanua*. Plaintiff's counsel requests appointment for this limited purpose via the Settlement Assistance Program for Pro Se Litigants. *See* United States District Court for the Northern District of Illinois, Settlement Assistance Program for Pro Se Litigants, https://www.ilnd.uscourts.gov/LandingPage.php?page=sap (last accessed July 22, 2026). In such a case, Plaintiff's counsel also requests the Court enter an order directing defense counsel in *Cagbabanua* to provide all discovery produced in that matter to Jenner within one week of the entering of said order.

Dated: July 23, 2026

By*: /s/ Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
Charles J. Johnson
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com
CJohnson@jenner.com

*Attorneys for Plaintiff
Christian Gonzalez*

Respectfully submitted,

By: */s/ Samuel D. Branum (with consent)*
Samuel D. Branum
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
(312) 372-0770
branums@jbltd.com

*Attorneys for Defendants other than
Defendant Rodriguez and Defendant Beyer*

By: */s/ Elpitha Lambros (with consent)*
Elpitha Lambros
Conflicts Counsel Unit
COOK COUNTY STATE'S ATTORNEY'S OFFICE
50 West Washington Street, Suite 2760
Chicago, IL 60602
(312) 603-11424
Elpitha.Lambros@cookcountysao.org

*Attorney for Defendant Rodriguez*

*/s/ Ahmed A. Kosoko (with consent)*
Ahmed A. Kosoko
KOSOKO LAW GROUP
77 West Wacker Drive, Suite 4500
Chicago, IL 60601
(312) 855-1690
akosoko@kosokolaw.com

*Attorney for Defendant Beyer*

3