**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN A. GONZALEZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -*vs*- | ) | Case No. 21-cv-6243 |
| | ) | |
| JUSTO RODRIGUEZ et al., | ) | Judge Jeffrey I. Cummings |
| | ) | Magistrate Judge Maria Valdez |
| *Defendants.* | ) | |
| | ) | |

**STATUS REPORT**

Defendant, COOK COUNTY, ILLINOIS, on behalf of and as indemnitor of THOMAS J. DART, in his official capacity as Sheriff of Cook County, DAMIR RASIC, ALEN DUHARKIC, ANDREW SACUTA, JOHN CARDEN, ELIUD DURAN, STEVEN STROH, DOUGLAS CONTORNO, JUSTIN VAN GIESEN, MACIEJ KRZEMINSKI, WILLIAM FILIPIAK, and MICHAEL SHEEHAN, by its attorney EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her Special Assistant State's Attorneys, JOHNSON & BELL, LTD., submits the following status report advising the Court on a global settlement conference pursuant to the Court's July 24, 2026, minute entry:

1. Defendant Cook County, as indemnitor, is willing to participate in a global settlement conference along with Case No. 23−cv−15921, *Gonzalez v. Cagbabanua et al.*, before the Honorable Maria Valdez.

2. However, Cook County requests additional time to complete necessary steps before the parties schedule the settlement conference. Cook County seeks to schedule the settlement conference after the October 2026 board meeting, if the Court is amenable to allowing this additional time.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

Dated: July 30, 2026

/s/ *Samuel D. Branum*
Special Assistant State's Attorney

Samuel D. Branum (branums@jbltd.com)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770