# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Christian A. Gonzalez

                    Plaintiff,

v.                                                          Case No.: 1:21–cv–06243
                                                            Honorable Jeffrey I Cummings

J Rodriguez, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31, 2026:

        MINUTE entry before the Honorable Maria Valdez: The Court has reviewed Defendants' status report [248]. Defendants advise that they are willing to participate in a global settlement in his case, along with Case No. 23–cv–15921, Gonzalez v. Cagbabanua et al., but that they must wait until after the County's October 2026 board meeting. Thus, Plaintiff shall submit a global demand letter to Defendants no later than 10/5/26, and Defendant will respond with an offer letter by 11/2/26. Both letters must comply with this Court's standing order and instructions governing settlement conferences and should be electronically submitted to the Court at Proposed_Order_Valdez@ilnd.uscourts.gov no later than 11/3/26. If after reviewing the letters the Court believes a settlement conference will be fruitful, the parties will be contacted with available dates. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.