## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Christian A. Gonzalez

                Plaintiff,

v.

                                      Case No.: 1:21–cv–06243

                                      Honorable Jeffrey I Cummings

J Rodriguez, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 7, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Defendants' motion for leave to withdraw [243] is granted. Attorney Monica Burkoth is terminated as counsel for defendants. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.