**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings<br><br>Hon. Maria Valdez |

**PLAINTIFF'S UNOPPOSED MOTION FOR LIMITED APPOINTMENT OF JENNER & BLOCK IN *CAGBABANUA* PURSUANT TO SETTLEMENT ASSISTANCE PROGRAM FOR PRO SE LITIGANTS**

Plaintiff, Christian A. Gonzalez, through his Attorneys,[1] Jenner & Block LLP ("Jenner"), requests a limited appointment pursuant to the Northern District of Illinois's Settlement Assistance Program for *Pro Se* Litigants for Jenner to serve as settlement assistance counsel in a global settlement conference before Magistrate Judge Valdez for Mr. Gonzalez's other case before Judge Cummings, *Gonzalez v. Cagbabanua*, 23-cv-15921 (N.D. Ill.). In support of his motion, Plaintiff states as follows:

[1] Jenner currently represents Mr. Gonzalez in *Gonzalez v. Rodriguez*, Case No. 21-cv-6243, only; Jenner does not currently represent Mr. Gonzalez in *Gonzalez v. Cagbabanua*, 23-cv-15921. Mr. Gonzalez is currently *pro se* in *Gonzalez v. Cagbabanua*, 23-cv-15921.

1. On December 19, 2025, the Court ordered Plaintiff to issue a settlement demand (and indicate whether it is global or relates solely to this case) to Defendants by January 23, 2026. (Minute Entry, ECF No. 222.) The Court ordered Defendants to respond to the settlement demand by February 6, 2026 at 9:00 a.m. (*Id.*)

2. On January 23, 2026, Plaintiff issued settlement demands in each of Mr. Gonzalez's two cases before the Court: *Gonzalez v. Rodriguez*, 21-cv-6243 (hereinafter, "*Rodriguez*"), and *Gonzalez v. Cagbabanua*, 23-cv-15921 (hereinafter, "*Cagbabanua*"). As Jenner has informed Defendants and Mr. Gonzalez, Jenner represents Mr. Gonzalez in *Rodriguez* only; Jenner does not represent Mr. Gonzalez in *Cagbabanua*. To comply with the Court's December 19, 2025 Order, Jenner has been acting solely as a conduit in *Cagbabanua*, transmitting Mr. Gonzalez's settlement demand in that case to Defendants.

3. After various Joint Status Reports filed with the Court where Mr. Gonzalez expressed interest in a global settlement conference and Defendants sought additional time to obtain consent of their clients (*see, e.g.*, ECF Nos. 232, 241), Defendant Cook County informed the Court on July 30, 2026 that it "is willing to participate in a global settlement conference" for both *Rodriguez* and *Cagbabanua*. (ECF No. 248.)

4. On July 31, 2026, Magistrate Judge Valdez entered an order directing providing: "Plaintiff shall submit a global demand letter to Defendants no later than 10/5/26, and Defendant will respond with an offer letter by 11/2/26. Both letters must comply with this Court's standing order and instructions governing settlement conferences and should be electronically submitted to the Court at Proposed_Order_Valdez@ilnd.uscourts.gov no later than 11/3/26. If after reviewing the letters the Court believes a settlement conference will be fruitful, the parties will be contacted with available dates." (ECF No. 249.)

5. To facilitate a potential global settlement conference before Magistrate Judge Valdez and so that Jenner can act consistently with its ethical obligations in advising Mr. Gonzalez, Jenner respectfully requests that the Court appoint Mr. Gonzalez's Jenner counsel in *Rodriguez* to serve as settlement assistance counsel for Mr. Gonzalez in *Cagbabanua*. This requested representation will be limited to efforts to settle *Cagbabanua* at any global settlement conference involving both *Rodriguez* and *Cagbabanua* and will not extend to any other part of the litigation process in *Cagbabanua*. Jenner has conferred with Mr. Gonzalez regarding the substance of this motion and obtained his consent. In order to act as settlement assistance counsel, Mr. Gonzalez's counsel will need access to the discovery produced to date in *Cagbabanua*.

6. Plaintiff proposes the following order: "Mr. Gonzalez's Jenner & Block counsel in *Gonzalez v. Rodriguez*, 21-cv-6243 ("*Rodriguez*") is appointed as settlement assistance counsel for Mr. Gonzalez in *Gonzalez v. Cagbabanua*, 23-cv-15921 ("*Cagbabanua*") pursuant to the Northern District of Illinois's Settlement Assistance Program for *Pro Se* Litigants. Jenner's appointment and representation in *Cagbabanua* is limited to efforts to settle *Cagbabanua* at any global settlement conference before Magistrate Judge Valdez involving both *Rodriguez* and *Cagbabanua* and will not extend to any other part of the litigation process in *Cagbabanua*. The *Cagbabanua* Defendants are hereby directed to produce all discovery exchanged to date in *Cagbabanua* to Jenner within one week of the entry of this order."

7. Plaintiff's counsel shared a draft of this motion with Defendants' counsel in both *Rodriguez* and *Cagbabanua*, who stated they do not oppose the motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order pursuant to paragraph 6 of this motion.

Dated: September 17, 2026

CHRISTIAN A. GONZALEZ

By: /s/ *Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
Charles J. Johnson
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
AVail@jenner.com
(312) 840-8688

*Attorneys for Plaintiff*