**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christian A. Gonzalez
Plaintiff,
v.
J Rodriguez, et al.
Defendant.

Case No.: 1:21−cv−06243
Honorable Jeffrey I Cummings

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 23, 2026:

MINUTE entry before the Honorable Maria Valdez: Plaintiff's Unopposed Motion for Limited Appointment of Jenner & Block in Cagbabanua Pursuant to Settlement Assistance Program for Pro Se Litigants [254] is granted. Mr. Gonzalez's Jenner & Block counsel in Gonzalez v. Rodriguez, 21−cv−6243 ("Rodriguez") is appointed as settlement assistance counsel for Mr. Gonzalez in Gonzalez v. Cagbabanua, 23−cv−15921 ("Cagbabanua") pursuant to the Northern District of Illinois 9;s Settlement Assistance Program for Pro Se Litigants. Jenner's appointment and representation in Cagbabanua is limited to efforts to settle Cagbabanua at any global settlement conference before Magistrate Judge Valdez involving both Rodriguez and Cagbabanua and will not extend to any other part of the litigation process in Cagbabanua. The Cagbabanua Defendants are hereby directed to produce all discovery exchanged to date in Cagbabanua to Jenner within one week of the entry of this order. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.