**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN A. GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTO RODRIGUEZ (#17897), DAMIR RASIC (#17493), ALEN DUHARKIC (#18248), JOHN CHAVEZ (#16361), ANDREW SACUTA (#17496), JOHN CARDEN (#17367), ELIUD DURAN (#3214), STEVEN STROH (#17808), TIMOTHY BEYER (#17914), DOUGLAS CONTORNO (#17467), JUSTIN VAN GIESEN (#16527), MACIEJ KRZEMINSKI (#17738), WILLIAM FILIPIAK (#17770), SERGEANT SHEEHAN (#3234), THOMAS J. DART, and COOK COUNTY,<br><br>Defendants. | No. 21 CV 6243<br><br>Hon. Jeffrey I. Cummings<br><br>Hon. Maria Valdez, Magistrate Judge |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, Christian A. Gonzalez, respectfully moves the Court for an Order extending the October 5, 2026, deadline to submit a global settlement demand letter to the Defendants by two weeks, to October 19. Plaintiff's motion is unopposed and this change of deadline does not affect any deadlines set by District Judge Cummings. In support of his motion, Plaintiff states as follows:

1. Plaintiff Christian A. Gonzalez's deadline to submit a global settlement demand letter to Defendants is currently set for Monday, October 5, 2026. That letter must address both the above-entitled case, *Rodriguez*, and Mr. Gonzalez's separate case before this Court, *Gonzalez v. Cagbabanua*, No. 23-cv-15921 ("*Cagbabanua*"). (ECF Nos. 249, 250.)

2. On September 17, 2026, Plaintiff filed an unopposed Motion for Limited Appointment of Jenner & Block in *Cagbabanua* Pursuant to Settlement Assistance Program for Pro Se Litigants. (ECF No. 254.)

3. On September 23, 2026, the Court granted Plaintiff's unopposed Motion for Limited Appointment of Jenner & Block in *Cagbabanua* Pursuant to Settlement Assistance Program for Pro Se Litigants and directed the *Cagbabanua* defendants to produce all the discovery exchanged to date in that case to Mr. Gonzalez's counsel. (ECF No. 257.) Counsel for the *Cagbabanua* defendants sent that discovery to Plaintiff's counsel via email the following day, Thursday, September 24, 2026.

4. After an initial assessment of the *Cagbabanua* discovery, Plaintiff's counsel requires additional time to review the *Cagbabanua* discovery and to confer with Mr. Gonzalez—who is incarcerated—to finalize a global settlement demand letter that addresses both the *Rodriguez* and *Cagbabanua* matters.

5. Plaintiff respectfully requests a two-week extension of the existing, October 5, 2026, deadline to submit his global settlement demand letter, up to and including Monday, October 19.

6. Plaintiff's counsel conferred with Defendants' counsel in both *Rodriguez* and *Cagbabanua* who stated that they do not oppose this motion.

7. For the foregoing reasons, Plaintiff respectfully requests that the Court extend the deadline to submit his global settlement demand letter by two weeks, up to and including Monday, October 19, 2026, and similarly extend Defendants' deadline to respond by two weeks, to November 16. This extension is not sought for the purposes of delay, but to allow Mr. Gonzalez's counsel appropriate time to review all discovery in the *Cagbabanua* matter and confer with their incarcerated client.

8. Plaintiff respectfully proposes the following minute order text: "Plaintiff's deadline to submit a global settlement demand letter to Defendants [249] is re-set to 10/19/26, and

Defendant will respond with an offer letter by 11/16/26. Both letters must comply with this Court's standing order and instructions governing settlement conferences and should be electronically submitted to the Court at Proposed_Order_Valdez@ilnd.uscourts.gov no later than 11/17/26. If after reviewing the letters the Court believes a settlement conference will be fruitful, the parties will be contacted with available dates."

Dated: September 30, 2026

Respectfully submitted,

By: */s/ Andrew W. Vail*
Andrew W. Vail
Kaitlin M. Leskovac
Jacob P. Wentzel
Christina T. Lopez
Charles J. Johnson
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8688
AVail@jenner.com
KLeskovac@jenner.com
JWentzel@jenner.com
CLopez@jenner.com
CJohnson@jenner.com

*Attorneys for Plaintiff
Christian A. Gonzalez*