**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christian A. Gonzalez
Plaintiff,
v.
J Rodriguez, et al.
Defendant.

Case No.: 1:21−cv−06243
Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 5, 2026:

MINUTE entry before the Honorable Jeffrey I Cummings: In light of the global settlement proceedings before Magistrate Judge Valdez, plaintiff's motion to compel [237] is denied without prejudice and with leave to renew and with prior briefing to stand pending the completion of the global settlement proceedings. The 11/13/26 tracking status hearing is stricken and reset to 12/18/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.