**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN A. GONZALEZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *-vs-* | ) | Case No. 21-cv-6243 |
| | ) | |
| JUSTO RODRIGUEZ et al., | ) | Judge Jeffrey I. Cummings |
| | ) | Magistrate Judge Maria Valdez |
| *Defendants.* | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO SUBMIT A GLOBAL SETTLEMENT RESPONSE LETTER IN EXCESS OF FIVE PAGES**

Defendants, by and through their undersigned counsel, respectfully request leave to submit a global settlement response letter in excess of five pages. In support of their motion, Defendants state as follows:

1. On October 19, 2026, Plaintiff served a global settlement demand letter on Defendants in *Gonzalez v. Rodriguez et al.*, 21-cv-06243, and *Gonzalez v. Cagbabanua et al.*, 23-cv-15921.

2. The Court's standing order requires that a settlement response letter typically should be five pages or fewer.

3. Defendants intend to serve a settlement response letter that addresses Plaintiff's demand in both the *Rodriguez* and *Cagbabanua* cases. The letter will be a global settlement letter in response to Plaintiff's global demand letter.

4. Defendants respectfully request leave of court to submit a settlement response letter that addresses both cases within ten pages or fewer.

5. Defendants shared a copy of this motion with Plaintiff's counsel, who advised that he does not oppose this motion.

WHEREFORE, Defendants respectfully request leave of court to submit a global settlement response letter that addresses both the *Rodriguez* and *Cagbabanua* cases within ten pages or fewer.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

Dated: November 13, 2026

/s/ *Samuel D. Branum*
Special Assistant State's Attorney

Samuel D. Branum
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
branums@jbltd.com